# EXHIBIT B
# Part 1 of 2



*Dorothy Brown*
**Clerk** *of the* **Circuit Court**
*Cook County*

*Division: Civil*
**Click on Case Number for Case Information Summary**

Name Search Results for: MRC RECEIVABLES

| Case Number | Plaintiff | Defendant | Date Filed |
|---|---|---|---|
| 2008-M1-103012 | MRC RECEIVABLES CO | CAVERL CARLIS | 01/15/2008 |
| 2008-M1-102161 | MIDLAND CREDIT MGT | SEGURA ASSAD | 01/10/2008 |
| 2008-M1-101238 | MRC RECEIVABLES | LYNCH BRIAN | 01/08/2008 |
| 2008-M1-100769 | MRC RECEIVABLES CO | MATTHEWS DANNON | 01/07/2008 |
| 2008-M1-100497 | MRC RECEIVABLES CO | SKILLOM TONI | 01/04/2008 |
| 2008-M1-100500 | MRC RECEIVABLES CO | LOPEZ ELIZABETH | 01/04/2008 |
| 2008-M1-100511 | MRC RECEIVABLES CO | STAMPS ARTHUR SR | 01/04/2008 |
| 2008-M1-100512 | MRC RECEIVABLES CO | RUSSELL KIM | 01/04/2008 |
| 2008-M1-100520 | MRC RECEIVABLES CO | WARFIELD JOSEPHINE | 01/04/2008 |
| 2008-M1-100521 | MRC RECEIVABLES CO | SMITH JENIEL | 01/04/2008 |
| 2008-M1-100522 | MRC RECEIVABLES CO | ADAMS TIFFANY | 01/04/2008 |
| 2008-M1-100523 | MRC RECEIVABLES CO | COUSING DIERRA | 01/04/2008 |
| 2008-M1-100524 | MRC RECEIVABLES CO | BAKER IOLA | 01/04/2008 |
| 2008-M1-100525 | MRC RECEIVABLES CO | AUSLEY BERRY | 01/04/2008 |
| 2008-M1-100526 | MRC RECEIVABLES CO | STCLAIIR CHERITA | 01/04/2008 |
| 2008-M1-100563 | MRC RECEIVABLES CO | YARBROUGH ROBERT | 01/04/2008 |
| 2008-M1-100564 | MRC RECEIVABLES CO | WINTERS LEE | 01/04/2008 |
| 2008-M1-100381 | MRC RECEIVABLES | GREEN MARY | 01/03/2008 |
| 2008-M1-100382 | MRC RECEIVABLES | MARTIN WANDA | 01/03/2008 |
| 2008-M1-100383 | MRC RECEIVABLES | ABOUSAMRA DANIELA | 01/03/2008 |
| 2008-M1-100384 | MRC RECEIVABLES | CLARK LASHAWN | 01/03/2008 |
| 2008-M1-100386 | MRC RECEIVABLES | RODRIGUEZ JULIO | 01/03/2008 |
| 2008-M1-100387 | MRC RECEIVABLES | GARCIA JOSE | 01/03/2008 |
| 2008-M1-100388 | MRC RECEIVABLES | PARKER LARRY SR | 01/03/2008 |
| 2008-M1-100389 | MRC RECEIVABLES | REAVES AARON | 01/03/2008 |

| | | | |
|---|---|---|---|
| 2008-M1-100390 | MRC RECEIVABLES | DOUGLAS DONNA | 01/03/2008 |
| 2008-M1-100391 | MRC RECEIVABLES | WILEY ROY | 01/03/2008 |
| 2008-M1-100392 | MRC RECEIVABLES | JOHNSON MAURICE SR | 01/03/2008 |
| 2008-M1-100393 | MRC RECEIVABLES | HARRIS ETHEL | 01/03/2008 |
| 2008-M1-100394 | MRC RECEIVABLES | HARRIS PAULA | 01/03/2008 |
| 2008-M1-100396 | MRC RECEIVABLES | JOHNSON SHANETTA | 01/03/2008 |
| 2008-M1-100398 | MRC RECEIVABLES | PATE DAVID | 01/03/2008 |
| 2008-M1-100402 | MRC RECEIVABLES CO | WOODS ASHA | 01/03/2008 |
| 2008-M1-100403 | MRC RECEIVABLES CO | WESLEY KATY | 01/03/2008 |
| 2008-M1-100406 | MRC RECEIVABLES CO | ACOSTA ELISEO | 01/03/2008 |
| 2008-M1-100407 | MRC RECEIVABLES CO | GONZALEZ DANIEL | 01/03/2008 |
| 2008-M1-100409 | MRC RECEIVABLES CO | MOORE ANDELL | 01/03/2008 |
| 2008-M1-100410 | MRC RECEIVABLES CO | GRAVES SHANEQUA | 01/03/2008 |
| 2008-M1-100411 | MRC RECEIVABLES CO | TOCMO RONALDO | 01/03/2008 |
| 2008-M1-100412 | MRC RECEIVABLES CO | CRAWFORD FLORENE | 01/03/2008 |
| 2008-M1-100423 | MRC RECEIVABLES CO | RIOS JULIE | 01/03/2008 |
| 2008-M1-100425 | MRC RECEIVABLES CO | MONTGOMERY DORIS | 01/03/2008 |
| 2008-M1-100426 | MRC RECEIVABLES CO | FRANKLIN ANDRE | 01/03/2008 |
| 2008-M1-100427 | MRC RECEIVABLES CO | MALCOME DELORIS | 01/03/2008 |
| 2007-M1-257206 | MRC RECEIVABLES CO | WILLIAMS ELANA | 12/28/2007 |
| 2007-M1-256293 | MRC RECEIVABLES CO | TATE DIANE | 12/26/2007 |
| 2007-M1-256307 | MRC RECEIVABLES CO | APONTE HIRAM | 12/26/2007 |
| 2007-M1-256393 | MRC RECEIVABLES CO | LACEY GWENDOLYN | 12/26/2007 |
| 2007-M1-256400 | MRC RECEIVABLES CO | JACKSON TREVINA | 12/26/2007 |
| 2007-M1-255689 | MRC RECEIVABLES CO | WILLIAMS KIMBERLY | 12/24/2007 |
| 2007-M1-255789 | MIDLAND CREDIT MAN | LEE SANDRA | 12/24/2007 |
| 2007-M1-255157 | MRC RECEIVABLES CO | CHRISTMAS MELVIN | 12/21/2007 |
| 2007-M1-254683 | MRC RECEIVABLES CO | DAVITT CHRISTOPHER | 12/20/2007 |
| 2007-M1-254317 | MRC RECEIVABLES CO | HUBER PAUL | 12/19/2007 |
| 2007-M1-253465 | MRC RECEIVABLES CO | WILLIAMS ANTINA | 12/18/2007 |
| 2007-M1-253467 | MRC RECEIVABLES CO | MITCHELL DIANA | 12/18/2007 |
| 2007-M1-253482 | MRC RECEIVABLES CO | BROWN FRANKIE | 12/18/2007 |
| 2007-M1-253483 | MRC RECEIVABLES CO | YOUNG ROBERT | 12/18/2007 |
| 2007-M1-253484 | MRC RECEIVABLES CO | CRAWFORD TINA | 12/18/2007 |
| 2007-M1-253864 | MIDLAND CREDIT MGT | RIVERO GEYSY | 12/18/2007 |
| 2007-M1-252967 | MRC RECEIVABLES CO | LOTT CHERREASSE | 12/16/2007 |
| 2007-M1-252968 | MRC RECEIVABLES CO | MARINO ITALIA | 12/16/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-251862 | MRC RECEIVABLES CO | RIVERA SAMUEL | 12/15/2007 |
| 2007-M1-252027 | MRC RECEIVABLES CO | JINADU MARY | 12/15/2007 |
| 2007-M1-252391 | MRC RECEIVABLES CO | SAPOUNDJIEV VASSIL | 12/15/2007 |
| 2007-M1-252393 | MRC RECEIVABLES CO | REED LAURIE | 12/15/2007 |
| 2007-M1-252394 | MRC RECEIVABLES CO | PATTERSON CLIFFORD | 12/15/2007 |
| 2007-M1-252395 | MRC RECEIVABLES CO | WILSON TAMARA | 12/15/2007 |
| 2007-M1-252396 | MRC RECEIVABLES CO | TURNER ALBERT | 12/15/2007 |
| 2007-M1-252398 | MRC RECEIVABLES CO | CHAMBERS NELVA | 12/15/2007 |
| 2007-M1-252399 | MRC RECEIVABLES CO | YATES ANNETTE | 12/15/2007 |
| 2007-M1-252401 | MRC RECEIVABLES CO | HENDRICKS OCIE | 12/15/2007 |
| 2007-M1-252402 | MRC RECEIVABLES CO | LLOYD TERRY | 12/15/2007 |
| 2007-M1-252403 | MRC RECEIVABLES CO | LEVIN MICHAEL | 12/15/2007 |
| 2007-M1-252404 | MRC RECEIVABLES CO | LOVE SHERRY | 12/15/2007 |
| 2007-M1-252408 | MRC RECEIVABLES CO | FRAHM JAMES | 12/15/2007 |
| 2007-M1-252410 | MRC RECEIVABLES CO | DAVIS WALTER | 12/15/2007 |
| 2007-M1-252412 | MRC RECEIVABLES CO | ROWELL JOYCE | 12/15/2007 |
| 2007-M1-252414 | MRC RECEIVABLES CO | WELCH WILLIAM | 12/15/2007 |
| 2007-M1-252437 | MRC RECEIVABLES CO | PENSON TIMOTHY | 12/15/2007 |
| 2007-M1-252443 | MRC RECEIVABLES CO | KENNEDY JOE | 12/15/2007 |
| 2007-M1-252456 | MRC RECEIVABLES CO | SISK LAWRENCE | 12/15/2007 |
| 2007-M1-252461 | MRC RECEIVABLES CO | BLOUNT LAURA | 12/15/2007 |
| 2007-M1-252463 | MRC RECEIVABLES CO | PERNIC MIA | 12/15/2007 |
| 2007-M1-251095 | MRC RECEIVABLES CO | DAYAT JOSEPH | 12/13/2007 |
| 2007-M1-251133 | MRC RECEIVABLES CO | RINELLA PATRICIA | 12/13/2007 |
| 2007-M1-251151 | MRC RECEIVABLES CO | COLEMAN LINFORD | 12/13/2007 |
| 2007-M1-251155 | MRC RECEIVABLES CO | ISMAIL FATIHA | 12/13/2007 |
| 2007-M1-251191 | MRC RECEIVABLES | JOHNSON LEROY | 12/13/2007 |
| 2007-M1-251192 | MRC RECEIVABLES | JONES PATRICIA | 12/13/2007 |
| 2007-M1-250806 | MRC RECEIVABLES CO | ALI MOHAMMED | 12/12/2007 |
| 2007-M1-250807 | MRC RECEIVABLES CO | MOSS DANNY | 12/12/2007 |
| 2007-M1-250809 | MRC RECEIVABLES CO | HEREDIA SERGIO | 12/12/2007 |
| 2007-M1-250810 | MRC RECEIVABLES CO | COLLINS IDA SR | 12/12/2007 |
| 2007-M1-250811 | MRC RECEIVABLES CO | BARNES HORACE | 12/12/2007 |
| 2007-M1-250017 | MRC RECEIVABLES CO | QUICK JYNNIFER | 12/11/2007 |
| 2007-M1-250020 | MRC RECEIVABLES CO | OSAGIE OMOREFE | 12/11/2007 |
| 2007-M1-250021 | MRC RECEIVABLES CO | ORTIZ MARIO | 12/11/2007 |
| 2007-M1-222165 | MRC RECEIVABLES CO | BRUNO GEORGE | 12/08/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-222166 | MRC RECEIVABLES CO | BROCK IRA | 12/08/2007 |
| 2007-M1-222167 | MRC RECEIVABLES CO | JENKINS CYNTHIA | 12/08/2007 |
| 2007-M1-222176 | MRC RECEIVABLES CO | GREENE URSULA | 12/08/2007 |
| 2007-M1-222177 | MRC RECEIVABLES CO | GILLARD RENEE | 12/08/2007 |
| 2007-M1-222179 | MRC RECEIVABLES CO | MORRIS JEWELENE | 12/08/2007 |
| 2007-M1-222182 | MRC RECEIVABLES CO | CARR KESHA | 12/08/2007 |
| 2007-M1-222340 | MRC RECEIVABLES CO | BELL CHRISTINE | 12/08/2007 |
| 2007-M1-222356 | MRC RECEIVABLES CO | HEARNS CAROLINE | 12/08/2007 |
| 2007-M1-222407 | MRC RECEIVABLES CO | FRANCIS BARBARA | 12/08/2007 |
| 2007-M1-222408 | MRC RECEIVABLES CO | FALK CHAD | 12/08/2007 |
| 2007-M1-222426 | MRC RECEIVABLES CO | KLEEMAN GERI | 12/08/2007 |
| 2007-M1-222427 | MRC RECEIVABLES CO | KITOWSKI CHRIS | 12/08/2007 |
| 2007-M1-222433 | MRC RECEIVABLES CO | JONES ELMO | 12/08/2007 |
| 2007-M1-222463 | MRC RECEIVABLES CO | COLE JAUHN | 12/08/2007 |
| 2007-M1-222465 | MRC RECEIVABLES CO | CASE SANDRA | 12/08/2007 |
| 2007-M1-222648 | MRC RECEIVABLES CO | IVORY HUBERT | 12/08/2007 |
| 2007-M1-222672 | MRC RECEIVABLES CO | LEE TIFFANY | 12/08/2007 |
| 2007-M1-221333 | MRC RECEIVABLES CO | SCHNURR KLAUS | 12/06/2007 |
| 2007-M1-221761 | MRC RECEIVABLES CO | DAVIS DENISE | 12/06/2007 |
| 2007-M1-220695 | MRC RECEIVABLES CO | BRYANT ROBYN | 12/05/2007 |
| 2007-M1-220957 | MRC RECEIVABLES CO | TRAYLOR ROSE GIPSO | 12/05/2007 |
| 2007-M1-221035 | MRC RECEIVABLES CO | MIMS JOHNNY JR | 12/05/2007 |
| 2007-M1-220420 | MRC RECEIVABLES CO | WYNN CHANTAWN | 12/04/2007 |
| 2007-M1-220426 | MRC RECEIVABLES CO | ROBERTS MARION | 12/04/2007 |
| 2007-M1-220429 | MRC RECEIVABLES CO | ROWDEN RAMON | 12/04/2007 |
| 2007-M1-220433 | MRC RECEIVABLES CO | SALLIS TODD | 12/04/2007 |
| 2007-M1-220435 | MRC RECEIVABLES CO | RUFFIN RAY | 12/04/2007 |
| 2007-M1-220525 | MIDLAND CREDIT MAN | RAY KENNETH | 12/04/2007 |
| 2007-M1-220526 | MIDLAND CREDIT MAN | FISHER DANIEL | 12/04/2007 |
| 2007-M1-219181 | MRC RECEIVABLES CO | HAMILTON JESSE | 11/30/2007 |
| 2007-M1-218656 | MRC RECEIVABLES CO | HANSEN RONALD | 11/29/2007 |
| 2007-M1-218657 | MRC RECEIVABLES CO | JOHNSON DENISE | 11/29/2007 |
| 2007-M1-218669 | MRC RECEIVABLES CO | SCATENA LYNDA | 11/29/2007 |
| 2007-M1-218813 | MRC RECEIVABLES CO | MADDEN LEDA | 11/29/2007 |
| 2007-M1-218171 | MRC RECEIVABLES CO | AYERS CLIFFORD JR | 11/28/2007 |
| 2007-M1-218175 | MRC RECEIVABLES CO | HAWKINS JERRY | 11/28/2007 |
| 2007-M1-218176 | MRC RECEIVABLES CO | HENDRICKS JOCELYN | 11/28/2007 |

| Case | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-218177 | MRC RECEIVABLES CO | HINTON EBONI | 11/28/2007 |
| 2007-M1-218179 | MRC RECEIVABLES CO | FLESHMAN MAURICE | 11/28/2007 |
| 2007-M1-218180 | MRC RECEIVABLES CO | FINLEY CAROLYN | 11/28/2007 |
| 2007-M1-218181 | MRC RECEIVABLES CO | FIGUEROA ELENA | 11/28/2007 |
| 2007-M1-218182 | MRC RECEIVABLES CO | CASTRO BRENDA | 11/28/2007 |
| 2007-M1-218183 | MRC RECEIVABLES CO | CLINTON ANITA | 11/28/2007 |
| 2007-M1-218184 | MRC RECEIVABLES CO | CAIRNS PETER | 11/28/2007 |
| 2007-M1-218186 | MRC RECEIVABLES CO | COBB EVERETT | 11/28/2007 |
| 2007-M1-218187 | MRC RECEIVABLES CO | GRIFFIN JENNIFER | 11/28/2007 |
| 2007-M1-218189 | MRC RECEIVABLES CO | JACKSON JOVAN | 11/28/2007 |
| 2007-M1-218190 | MRC RECEIVABLES CO | JACKSON WINONA | 11/28/2007 |
| 2007-M1-218192 | MRC RECEIVABLES CO | CHAMBERS GEORGIA | 11/28/2007 |
| 2007-M1-218193 | MRC RECEIVABLES CO | DAVIS CRYSTAL | 11/28/2007 |
| 2007-M1-218194 | MRC RECEIVABLES CO | DAVIS JAMES | 11/28/2007 |
| 2007-M1-218195 | MRC RECEIVABLES | HOLMES LELA | 11/28/2007 |
| 2007-M1-218196 | MRC RECEIVABLES | BRAXTON ELIZABETH | 11/28/2007 |
| 2007-M1-218197 | MRC RECEIVABLES | SOBOTA DONALD | 11/28/2007 |
| 2007-M1-218198 | MRC RECEIVABLES | WHITE MARY | 11/28/2007 |
| 2007-M1-218199 | MRC RECEIVABLES | HOWELL HAROLD | 11/28/2007 |
| 2007-M1-218201 | MRC RECEIVABLES | JOHNSON EARL | 11/28/2007 |
| 2007-M1-218222 | MRC RECEIVABLES | WATSON SHONTELLE | 11/28/2007 |
| 2007-M1-218223 | MRC RECEIVABLES | MORENS SHARON | 11/28/2007 |
| 2007-M1-218224 | MRC RECEIVABLES | SMITH HATTIE | 11/28/2007 |
| 2007-M1-218225 | MRC RECEIVABLES | MALECKAS MICHELLE | 11/28/2007 |
| 2007-M1-218226 | MRC RECEIVABLES | HOOD ANGELA | 11/28/2007 |
| 2007-M1-218228 | MRC RECEIVABLES | GRIER FLOYD | 11/28/2007 |
| 2007-M1-218232 | MRC RECEIVABLES | SOHAIL MIAN | 11/28/2007 |
| 2007-M1-218235 | MRC RECEIVABLES | GUTHRIE MONICA | 11/28/2007 |
| 2007-M1-214251 | MRC RECEIVABLES | LAWS WILLIE | 11/28/2007 |
| 2007-M1-214253 | MRC RECEIVABLES | GREEN DENISE | 11/28/2007 |
| 2007-M1-214259 | MRC RECEIVABLES | MAYNARD ROBBIN | 11/28/2007 |
| 2007-M1-214261 | MRC RECEIVABLES | CERDA ROGER | 11/28/2007 |
| 2007-M1-214269 | MRC RECEIVABLES | OPARAH SAMUEL | 11/28/2007 |
| 2007-M1-215431 | MRC RECEIVABLES | JONES GEORGE | 11/28/2007 |
| 2007-M1-215376 | MRC RECEIVABLES | HANEY RONALD | 11/28/2007 |
| 2007-M1-215377 | MRC RECEIVABLES | MEYERS GREGORY | 11/28/2007 |
| 2007-M1-215378 | MRC RECEIVABLES | NICKS VALERIE | 11/28/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-215380 | MRC RECEIVABLES | MCFERRIN JAMES | 11/28/2007 |
| 2007-M1-215392 | MRC RECEIVABLES | CARVER KAROLYN | 11/28/2007 |
| 2007-M1-215405 | MRC RECEIVABLES | WILLIAMS EVELY | 11/28/2007 |
| 2007-M1-215413 | MRC RECEIVABLES | GREER MARSHA | 11/28/2007 |
| 2007-M1-218060 | MRC RECEIVABLES CO | BROWN TAKIA | 11/27/2007 |
| 2007-M1-218062 | MRC RECEIVABLES CO | BROWN ALONZO | 11/27/2007 |
| 2007-M1-218064 | MRC RECEIVABLES CO | BROWN BERNADINE | 11/27/2007 |
| 2007-M1-218065 | MRC RECEIVABLES CO | BROWN SHANTISE | 11/27/2007 |
| 2007-M1-218066 | MRC RECEIVABLES CO | BRIONES RAMONA | 11/27/2007 |
| 2007-M1-218068 | MRC RECEIVABLES CO | BRANCH ARTHUR | 11/27/2007 |
| 2007-M1-218069 | MRC RECEIVABLES CO | BONNER REACE | 11/27/2007 |
| 2007-M1-218070 | MRC RECEIVABLES CO | BROWN TOYA | 11/27/2007 |
| 2007-M1-218072 | MRC RECEIVABLES CO | BROWN DENISHA | 11/27/2007 |
| 2007-M1-218073 | MRC RECEIVABLES CO | COOPWOOD DETRIC | 11/27/2007 |
| 2007-M1-218074 | MRC RECEIVABLES CO | CONNER ODESSA | 11/27/2007 |
| 2007-M1-218075 | MRC RECEIVABLES CO | CONLEY BARRY | 11/27/2007 |
| 2007-M1-218076 | MRC RECEIVABLES CO | COLON MARTHA | 11/27/2007 |
| 2007-M1-218078 | MRC RECEIVABLES CO | DAVIS DEBORAH | 11/27/2007 |
| 2007-M1-218079 | MRC RECEIVABLES CO | DAVIS ELEASE | 11/27/2007 |
| 2007-M1-218082 | MRC RECEIVABLES CO | HARDIN DEBRA | 11/27/2007 |
| 2007-M1-218083 | MRC RECEIVABLES CO | HAROLD LARRY | 11/27/2007 |
| 2007-M1-218085 | MRC RECEIVABLES CO | HARRIS MICHAEL | 11/27/2007 |
| 2007-M1-218086 | MRC RECEIVABLES CO | HARTLEY ELSIE | 11/27/2007 |
| 2007-M1-218087 | MRC RECEIVABLES CO | FOURTE SIMONE | 11/27/2007 |
| 2007-M1-218088 | MRC RECEIVABLES CO | FRIEND LISA | 11/27/2007 |
| 2007-M1-218089 | MRC RECEIVABLES CO | GANTT APRIL | 11/27/2007 |
| 2007-M1-218090 | MRC RECEIVABLES CO | GARY GEORGE | 11/27/2007 |
| 2007-M1-218091 | MRC RECEIVABLES CO | GIPSON AMINA | 11/27/2007 |
| 2007-M1-218092 | MRC RECEIVABLES CO | HAILEY LORRAINE | 11/27/2007 |
| 2007-M1-218093 | MRC RECEIVABLES CO | GIVENS CRYSTAL | 11/27/2007 |
| 2007-M1-218094 | MRC RECEIVABLES CO | GORDON ROSEMARY | 11/27/2007 |
| 2007-M1-218095 | MRC RECEIVABLES CO | GOSS LATOYA | 11/27/2007 |
| 2007-M1-218096 | MRC RECEIVABLES CO | GREEN PEARLIE | 11/27/2007 |
| 2007-M1-218098 | MRC RECEIVABLES CO | CRITTENDEN MARVIN | 11/27/2007 |
| 2007-M1-217154 | MRC RECEIVABLES CO | YANCY CASSANDRA | 11/26/2007 |
| 2007-M1-217492 | MRC RECEIVABLES CO | ROLLINS CHESAREE | 11/26/2007 |
| 2007-M1-216914 | MRC RECEIVABLES CO | BEESKOW THOMAS | 11/21/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-216901 | MRC RECEIVABLES CO | BOND SUSAN | 11/21/2007 |
| 2007-M1-216904 | MRC RECEIVABLES CO | BONDS GWEN | 11/21/2007 |
| 2007-M1-216905 | MRC RECEIVABLES CO | BELTRAN MARIO | 11/21/2007 |
| 2007-M1-216907 | MRC RECEIVABLES CO | ANDERSON BERNATTA | 11/21/2007 |
| 2007-M1-216913 | MRC RECEIVABLES CO | BARNES INEKE | 11/21/2007 |
| 2007-M1-216914 | MRC RECEIVABLES CO | BEESKOW THOMAS | 11/21/2007 |
| 2007-M1-216917 | MRC RECEIVABLES CO | BEGUM RAZIA | 11/21/2007 |
| 2007-M1-216920 | MRC RECEIVABLES CO | BOLTON LUTHER | 11/21/2007 |
| 2007-M1-216034 | MRC RECEIVABLES CO | KEIRSTED LEE | 11/20/2007 |
| 2007-M1-216106 | MRC RECEIVABLES CO | CAMARA ADRIANA | 11/20/2007 |
| 2007-M1-216107 | MRC RECEIVABLES CO | FEATHERSTONE DUREL | 11/20/2007 |
| 2007-M1-216114 | MRC RECEIVABLES CO | DEIR CHRISTOPHER | 11/20/2007 |
| 2007-M1-216123 | MRC RECEIVABLES CO | ROBINSON PATRICE | 11/20/2007 |
| 2007-M1-216130 | MRC RECEIVABLES CO | NOWAK JADWIGA | 11/20/2007 |
| 2007-M1-216155 | MRC RECEIVABLES CO | COLEMAN JAMES | 11/20/2007 |
| 2007-M1-216253 | MRC RECEIVABLES CO | TAPLIN DEBRA | 11/20/2007 |
| 2007-M1-216255 | MRC RECEIVABLES CO | SYLVESTRE STEPHAEN | 11/20/2007 |
| 2007-M1-216256 | MRC RECEIVABLES CO | REED DEMETRIA | 11/20/2007 |
| 2007-M1-216257 | MRC RECEIVABLES CO | REDMOND ALICIA | 11/20/2007 |
| 2007-M1-216259 | MRC RECEIVABLES CO | RANGEL RICARDO | 11/20/2007 |
| 2007-M1-216263 | MRC RECEIVABLES CO | RADMER PHILLIP | 11/20/2007 |
| 2007-M1-216265 | MRC RECEIVABLES CO | PRUITT EBONEE | 11/20/2007 |
| 2007-M1-216266 | MRC RECEIVABLES CO | POWELL DONNA | 11/20/2007 |
| 2007-M1-216267 | MRC RECEIVABLES CO | WOOLFOLK MICHAEL | 11/20/2007 |
| 2007-M1-216268 | MRC RECEIVABLES CO | WOODLEY ALTON | 11/20/2007 |
| 2007-M1-216270 | MRC RECEIVABLES CO | WILSON JEFFREY | 11/20/2007 |
| 2007-M1-216271 | MRC RECEIVABLES CO | WILSON YOLANDA | 11/20/2007 |
| 2007-M1-216272 | MRC RECEIVABLES CO | WILSON ERNEST | 11/20/2007 |
| 2007-M1-216273 | MRC RECEIVABLES CO | WILLIAMS WILLIAM | 11/20/2007 |
| 2007-M1-216274 | MRC RECEIVABLES CO | WILLIAMS VALERIE | 11/20/2007 |
| 2007-M1-216275 | MRC RECEIVABLES CO | WILLIAMS ADDIE | 11/20/2007 |
| 2007-M1-216277 | MRC RECEIVABLES CO | JENNINGS JOHNNY | 11/20/2007 |
| 2007-M1-216284 | MRC RECEIVABLES CO | JOHNSON BRYANT | 11/20/2007 |
| 2007-M1-216290 | MRC RECEIVABLES CO | JOHNSON MARK | 11/20/2007 |
| 2007-M1-216291 | MRC RECEIVABLES CO | JOHNSON JEANETTE | 11/20/2007 |
| 2007-M1-216294 | MRC RECEIVABLES CO | JOHNSON DAMEN | 11/20/2007 |
| 2007-M1-216297 | MRC RECEIVABLES CO | JOHNSON LENNELL | 11/20/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-216300 | MRC RECEIVABLES CO | JONES GEORGIA | 11/20/2007 |
| 2007-M1-216303 | MRC RECEIVABLES CO | JRAISAT VRIJINA | 11/20/2007 |
| 2007-M1-216497 | MRC RECEIVABLES CO | MABINA SHOSHIWA | 11/20/2007 |
| 2007-M1-216502 | MRC RECEIVABLES CO | MCCALL STEPHANIE | 11/20/2007 |
| 2007-M1-216507 | MRC RECEIVABLES CO | MCCASKILL DEBRALYN | 11/20/2007 |
| 2007-M1-216509 | MRC RECEIVABLES CO | REID KENDALL | 11/20/2007 |
| 2007-M1-216510 | MRC RECEIVABLES CO | PITTS DONALD | 11/20/2007 |
| 2007-M1-216512 | MRC RECEIVABLES CO | PAYNE EVAL | 11/20/2007 |
| 2007-M1-216516 | MRC RECEIVABLES CO | MOSCICKI LESZEK | 11/20/2007 |
| 2007-M1-216517 | MRC RECEIVABLES CO | MORRIS LADONNA | 11/20/2007 |
| 2007-M1-216518 | MRC RECEIVABLES CO | MITCHELL LYNELL | 11/20/2007 |
| 2007-M1-216519 | MRC RECEIVABLES CO | MEORE GREGORY | 11/20/2007 |
| 2007-M1-216521 | MRC RECEIVABLES CO | MCDERMOTT JOHN | 11/20/2007 |
| 2007-M1-216523 | MRC RECEIVABLES CO | SMITH JUDY | 11/20/2007 |
| 2007-M1-216524 | MRC RECEIVABLES CO | SMITH OTIS | 11/20/2007 |
| 2007-M1-216525 | MRC RECEIVABLES CO | SLAUGHTER RHONDA | 11/20/2007 |
| 2007-M1-216526 | MRC RECEIVABLES CO | SIMS ARDELLA | 11/20/2007 |
| 2007-M1-216527 | MRC RECEIVABLES CO | SIMMONS CHIMAIN | 11/20/2007 |
| 2007-M1-216528 | MRC RECEIVABLES CO | SHEPHERD CLINTON | 11/20/2007 |
| 2007-M1-215419 | MRC RECEIVABLES CO | WALKER EDWARD | 11/19/2007 |
| 2007-M1-215426 | MRC RECEIVABLES CO | JOHNSON EUGENE | 11/19/2007 |
| 2007-M1-215448 | MRC RECEIVABLES CO | NEUMANN MARGARET | 11/19/2007 |
| 2007-M1-215490 | MRC RECEIVABLES CO | WILLIAMS JEFFERY | 11/19/2007 |
| 2007-M1-215492 | MRC RECEIVABLES CO | WILEY DIANE | 11/19/2007 |
| 2007-M1-215493 | MRC RECEIVABLES CO | MCCOMMON RONALD | 11/19/2007 |
| 2007-M1-215495 | MRC RECEIVABLES CO | SHEPHARD DEBRA | 11/19/2007 |
| 2007-M1-215497 | MRC RECEIVABLES CO | SHEPHERD TIFFANI | 11/19/2007 |
| 2007-M1-215499 | MRC RECEIVABLES CO | STOKES BEVERLEY | 11/19/2007 |
| 2007-M1-215501 | MRC RECEIVABLES CO | WILLIS VANNETTA | 11/19/2007 |
| 2007-M1-215502 | MRC RECEIVABLES CO | SCHAEFER ROXANN | 11/19/2007 |
| 2007-M1-215504 | MRC RECEIVABLES CO | SANDERS LAMONT | 11/19/2007 |
| 2007-M1-215506 | MRC RECEIVABLES CO | RINGER TAWANNA | 11/19/2007 |
| 2007-M1-215511 | MRC RECEIVABLES CO | WHITFIELD LAKEENA | 11/19/2007 |
| 2007-M1-215512 | MRC RECEIVABLES CO | WHITE NICHOLAS | 11/19/2007 |
| 2007-M1-215513 | MRC RECEIVABLES CO | WHITE JERAME | 11/19/2007 |
| 2007-M1-215514 | MRC RECEIVABLES CO | WEST TIFFANY | 11/19/2007 |
| 2007-M1-215515 | MRC RECEIVABLES CO | WEEKS GLORIA | 11/19/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-215516 | MRC RECEIVABLES CO | WEBB ANITA | 11/19/2007 |
| 2007-M1-215517 | MRC RECEIVABLES CO | WASHINGTON MAURICE | 11/19/2007 |
| 2007-M1-215518 | MRC RECEIVABLES CO | VAUGHN LATOYA | 11/19/2007 |
| 2007-M1-215519 | MRC RECEIVABLES CO | TURNER LEVAR | 11/19/2007 |
| 2007-M1-215521 | MRC RECEIVABLES CO | TODD LONNELL | 11/19/2007 |
| 2007-M1-215522 | MRC RECEIVABLES CO | THOMAS CYNTHIA | 11/19/2007 |
| 2007-M1-215594 | MRC RECEIVABLES CO | SMITH THERESA | 11/19/2007 |
| 2007-M1-215739 | MRC RECEIVABLES CO | HAQUE SYEDMOHAMMAD | 11/19/2007 |
| 2007-M1-215777 | MRC RECEIVABLES CO | NEBOSHIK ALAN | 11/19/2007 |
| 2007-M1-215831 | MRC RECEIVABLES CO | COYNE ANTHONY | 11/19/2007 |
| 2007-M1-215844 | MRC RECEIVABLES CO | CURTIS PAULETTE | 11/19/2007 |
| 2007-M1-215851 | MRC RECEIVABLES CO | BEVER MICHAEL | 11/19/2007 |
| 2007-M1-215870 | MRC RECEIVABLES CO | DEAR RONNIE | 11/19/2007 |
| 2007-M1-215882 | MRC RECEIVABLES CO | MULUK ROBERT | 11/19/2007 |
| 2007-M1-215885 | MRC RECEIVABLES CO | SALLIS BALINDA | 11/19/2007 |
| 2007-M1-215887 | MRC RECEIVABLES CO | SALAZAR MARIA | 11/19/2007 |
| 2007-M1-215892 | MRC RECEIVABLES CO | LLOYD STEPHANIE | 11/19/2007 |
| 2007-M1-215894 | MRC RECEIVABLES CO | ALMALLAH SAMIR | 11/19/2007 |
| 2007-M1-215967 | MRC RECEIVABLES CO | RICHARDS SANCHEZ | 11/19/2007 |
| 2007-M1-215990 | MRC RECEIVABLES CO | TERRY DELORIS | 11/19/2007 |
| 2007-M1-216010 | MRC RECEIVABLES CO | AHNER CHERYL | 11/19/2007 |
| 2007-M1-216013 | MRC RECEIVABLES CO | ADAMS JAMES | 11/19/2007 |
| 2007-M1-215026 | MRC RECEIVABLES CO | STEWART MARY | 11/16/2007 |
| 2007-M1-215028 | MRC RECEIVABLES CO | NIXON JACIN | 11/16/2007 |
| 2007-M1-215054 | MRC RECEIVABLES CO | GULLY MILDRED | 11/16/2007 |
| 2007-M1-215096 | MRC RECEIVABLES CO | WATERS RENEE | 11/16/2007 |
| 2007-M1-215104 | MRC RECEIVABLES CO | EDMONSON SUMMER | 11/16/2007 |
| 2007-M1-215105 | MRC RECEIVABLES CO | WILKINS REGINA | 11/16/2007 |
| 2007-M1-215106 | MRC RECEIVABLES CO | BAKER MIA | 11/16/2007 |
| 2007-M1-215107 | MRC RECEIVABLES CO | COOPER CARMEN | 11/16/2007 |
| 2007-M1-215108 | MRC RECEIVABLES CO | LOWE HELEN | 11/16/2007 |
| 2007-M1-215109 | MRC RECEIVABLES CO | DORSEY DEIDRA | 11/16/2007 |
| 2007-M1-215110 | MRC RECEIVABLES CO | WRIGHT BARBARA | 11/16/2007 |
| 2007-M1-215111 | MRC RECEIVABLES CO | HARRIS LANA | 11/16/2007 |
| 2007-M1-215112 | MRC RECEIVABLES CO | JAMES MARGIE | 11/16/2007 |
| 2007-M1-215113 | MRC RECEIVABLES CO | WOJNAR DENISE | 11/16/2007 |
| 2007-M1-215114 | MRC RECEIVABLES CO | FINLEY CAROLYN | 11/16/2007 |

| Case | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-215115 | MRC RECEIVABLES CO | JONES LORINE | 11/16/2007 |
| 2007-M1-215116 | MRC RECEIVABLES CO | JONES GLORIA | 11/16/2007 |
| 2007-M1-215117 | MRC RECEIVABLES CO | BREWER SONJA | 11/16/2007 |
| 2007-M1-215118 | MRC RECEIVABLES CO | GILLIAND LULA | 11/16/2007 |
| 2007-M1-215119 | MRC RECEIVABLES CO | DEE GEORGE JR | 11/16/2007 |
| 2007-M1-215120 | MRC RECEIVABLES CO | HOSKINS PATRICIA | 11/16/2007 |
| 2007-M1-215121 | MRC RECEIVABLES CO | WALKER DORIS | 11/16/2007 |
| 2007-M1-215122 | MRC RECEIVABLES CO | NICHOLAS JEANETTE | 11/16/2007 |
| 2007-M1-215123 | MRC RECEIVABLES CO | COLLINS CYNTHIA | 11/16/2007 |
| 2007-M1-215124 | MRC RECEIVABLES CO | MCKNIGHT DIANE | 11/16/2007 |
| 2007-M1-215125 | MRC RECEIVABLES CO | WILLIAMS BETTY | 11/16/2007 |
| 2007-M1-215126 | MRC RECEIVABLES CO | GLENN BELINDA | 11/16/2007 |
| 2007-M1-215127 | MRC RECEIVABLES CO | KOONCE WALTER | 11/16/2007 |
| 2007-M1-215128 | MRC RECEIVABLES CO | KENNEDY SUSAN | 11/16/2007 |
| 2007-M1-215129 | MRC RECEIVABLES CO | BROWN DENISE | 11/16/2007 |
| 2007-M1-215130 | MRC RECEIVABLES CO | ARCHIBALD-HENDO DA | 11/16/2007 |
| 2007-M1-215131 | MRC RECEIVABLES CO | HERN CYNTHIA | 11/16/2007 |
| 2007-M1-215132 | MRC RECEIVABLES CO | COLE TOMMIE | 11/16/2007 |
| 2007-M1-215133 | MRC RECEIVABLES CO | BECKER SHARON | 11/16/2007 |
| 2007-M1-215134 | MRC RECEIVABLES CO | MURRAY LATOYA | 11/16/2007 |
| 2007-M1-215135 | MRC RECEIVABLES CO | ANDERSON ARLIS | 11/16/2007 |
| 2007-M1-215136 | MRC RECEIVABLES CO | EARNEST LISA | 11/16/2007 |
| 2007-M1-215137 | MRC RECEIVABLES CO | ANIFOWOSE OLUFUNSO | 11/16/2007 |
| 2007-M1-215138 | MRC RECEIVABLES CO | HESTER ROSILAND | 11/16/2007 |
| 2007-M1-215139 | MRC RECEIVABLES CO | BARROW DIMITRIUS | 11/16/2007 |
| 2007-M1-215140 | MRC RECEIVABLES CO | MILLER KAREN | 11/16/2007 |
| 2007-M1-215141 | MRC RECEIVABLES CO | PRATT JANNIE | 11/16/2007 |
| 2007-M1-215142 | MRC RECEIVABLES CO | RICK JOANNA | 11/16/2007 |
| 2007-M1-215143 | MRC RECEIVABLES CO | SLATTON SHIRLEY | 11/16/2007 |
| 2007-M1-215144 | MRC RECEIVABLES CO | WARD DELONDRA | 11/16/2007 |
| 2007-M1-215145 | MRC RECEIVABLES CO | SMITH JENNIFER | 11/16/2007 |
| 2007-M1-215146 | MRC RECEIVABLES CO | WELCH LORETTA | 11/16/2007 |
| 2007-M1-215147 | MRC RECEIVABLES CO | AYALA MARTIN | 11/16/2007 |
| 2007-M1-215148 | MRC RECEIVABLES CO | RODRIGUEZ JENNY | 11/16/2007 |
| 2007-M1-215149 | MRC RECEIVABLES CO | MUCHA ZAK | 11/16/2007 |
| 2007-M1-215150 | MRC RECEIVABLES CO | OKOTIE BEMIGHO | 11/16/2007 |
| 2007-M1-215151 | MRC RECEIVABLES CO | GREER CHRISTOPH SR | 11/16/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-215152 | MRC RECEIVABLES CO | DYSINGER TONJA M | 11/16/2007 |
| 2007-M1-215153 | MRC RECEIVABLES CO | OLIVER MARY | 11/16/2007 |
| 2007-M1-215154 | MRC RECEIVABLES CO | JONES ROSETTA | 11/16/2007 |
| 2007-M1-215213 | MRC RECEIVABLES CO | LINDSTROM PHILIP | 11/16/2007 |
| 2007-M1-214618 | MRC RECEIVABLES CO | JOHNSON AYEASHEA | 11/15/2007 |
| 2007-M1-214619 | MRC RECEIVABLES CO | JACKSON MEDELINE | 11/15/2007 |
| 2007-M1-214628 | MRC RECEIVABLES CO | GIMSON KEVIN | 11/15/2007 |
| 2007-M1-214647 | MRC RECEIVABLES CO | STEWART DEMARCUS | 11/15/2007 |
| 2007-M1-214651 | MRC RECEIVABLES CO | WALTERS JAMES | 11/15/2007 |
| 2007-M1-214687 | MRC RECEIVABLES CO | HARRISON DENNIS | 11/15/2007 |
| 2007-M1-214688 | MRC RECEIVABLES CO | WRIGHT TREMEKA | 11/15/2007 |
| 2007-M1-214689 | MRC RECEIVABLES CO | AKINS FRANK | 11/15/2007 |
| 2007-M1-214690 | MRC RECEIVABLES CO | BLACK KIMBERLEE | 11/15/2007 |
| 2007-M1-214696 | MRC RECEIVABLES CO | JONES MAURICE | 11/15/2007 |
| 2007-M1-214697 | MRC RECEIVABLES CO | OCHOA REYNALDO | 11/15/2007 |
| 2007-M1-214698 | MRC RECEIVABLES CO | ELLIOTT PAMELA | 11/15/2007 |
| 2007-M1-214700 | MRC RECEIVABLES CO | DEGRAFFENREID ANNI | 11/15/2007 |
| 2007-M1-214701 | MRC RECEIVABLES CO | BROWN RONALD | 11/15/2007 |
| 2007-M1-214702 | MRC RECEIVABLES CO | ANDERSON LOUIS | 11/15/2007 |
| 2007-M1-214704 | MRC RECEIVABLES CO | RICHMOND DANIEL JR | 11/15/2007 |
| 2007-M1-214706 | MRC RECEIVABLES CO | CZERWINSKI TRACY | 11/15/2007 |
| 2007-M1-214707 | MRC RECEIVABLES CO | WALTON ARNETTE | 11/15/2007 |
| 2007-M1-214709 | MRC RECEIVABLES CO | DELACRUZ ANNALIS | 11/15/2007 |
| 2007-M1-214710 | MRC RECEIVABLES CO | CHAPMAN TIMOTHY | 11/15/2007 |
| 2007-M1-214712 | MRC RECEIVABLES CO | ROMERO JUAN | 11/15/2007 |
| 2007-M1-214730 | MRC RECEIVABLES CO | BURR ANDREA | 11/15/2007 |
| 2007-M1-214731 | MRC RECEIVABLES CO | ODOM RICHARD | 11/15/2007 |
| 2007-M1-214732 | MRC RECEIVABLES CO | THOMPSON PATRICK | 11/15/2007 |
| 2007-M1-214733 | MRC RECEIVABLES CO | MEYERS DIANE | 11/15/2007 |
| 2007-M1-214734 | MRC RECEIVABLES CO | PARKS JACQUELINE | 11/15/2007 |
| 2007-M1-214742 | MRC RECEIVABLES CO | SEWELL VERA | 11/15/2007 |
| 2007-M1-213839 | MRC RECEIVABLES CO | BOOCZKO DAVID | 11/14/2007 |
| 2007-M1-214015 | MRC RECEIVABLES CO | JOHNSON ERNESTINE | 11/14/2007 |
| 2007-M1-214091 | MRC RECEIVABLES CO | BANKS DELOISE | 11/14/2007 |
| 2007-M1-214108 | MRC RECEIVABLES CO | JACKSON HAROLD | 11/14/2007 |
| 2007-M1-214174 | MRC RECEIVABLES CO | BROWN VERONICA | 11/14/2007 |
| 2007-M1-214196 | MRC RECEIVABLES CO | BROWN DANNY | 11/14/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-213554 | MRC RECEIVABLES CO | DARKE LEE | 11/13/2007 |
| 2007-M1-213667 | MRC RECEIVABLES CO | SEARCY MICHELE | 11/13/2007 |
| 2007-M1-213668 | MRC RECEIVABLES CO | STACY JAMI | 11/13/2007 |
| 2007-M1-213669 | MRC RECEIVABLES CO | ARNOLD BETTINA | 11/13/2007 |
| 2007-M1-213670 | MRC RECEIVABLES CO | YOUNG RUBY | 11/13/2007 |
| 2007-M1-213671 | MRC RECEIVABLES CO | THOMAS CHRISTA | 11/13/2007 |
| 2007-M1-213672 | MRC RECEIVABLES CO | PEARSON BETTY | 11/13/2007 |
| 2007-M1-213673 | MRC RECEIVABLES CO | HARRIS VERA | 11/13/2007 |
| 2007-M1-213674 | MRC RECEIVABLES CO | BUCHANAN KELLIE | 11/13/2007 |
| 2007-M1-213675 | MRC RECEIVABLES CO | BRASWELL PATRICIA | 11/13/2007 |
| 2007-M1-213676 | MRC RECEIVABLES CO | TOWERS LEOLA | 11/13/2007 |
| 2007-M1-213677 | MRC RECEIVABLES CO | CLARK VIRGINIA | 11/13/2007 |
| 2007-M1-213678 | MRC RECEIVABLES CO | CUNNINGHAM ELIZABE | 11/13/2007 |
| 2007-M1-213679 | MRC RECEIVABLES CO | JONES ROSIE | 11/13/2007 |
| 2007-M1-213680 | MRC RECEIVABLES CO | MAHER PATRICK | 11/13/2007 |
| 2007-M1-213681 | MRC RECEIVABLES CO | WELCH LISA | 11/13/2007 |
| 2007-M1-213682 | MRC RECEIVABLES CO | CHESTER THIANA | 11/13/2007 |
| 2007-M1-213683 | MRC RECEIVABLES CO | BURNHAM JAMES | 11/13/2007 |
| 2007-M1-213684 | MRC RECEIVABLES CO | GAMMON CAROLYN | 11/13/2007 |
| 2007-M1-213685 | MRC RECEIVABLES CO | GIBSON LINDA | 11/13/2007 |
| 2007-M1-213686 | MRC RECEIVABLES CO | BARKSDALE DARRYL | 11/13/2007 |
| 2007-M1-213687 | MRC RECEIVABLES CO | HARDIN KATHRINE | 11/13/2007 |
| 2007-M1-213688 | MRC RECEIVABLES CO | RUTLEY ANNETTE | 11/13/2007 |
| 2007-M1-213689 | MRC RECEIVABLES CO | HUGHES GWENDOLYN | 11/13/2007 |
| 2007-M1-213690 | MRC RECEIVABLES CO | SHEARD PARIS | 11/13/2007 |
| 2007-M1-213691 | MRC RECEIVABLES CO | TRAVIS TIFFANY | 11/13/2007 |
| 2007-M1-213692 | MRC RECEIVABLES CO | BALI SHEILA | 11/13/2007 |
| 2007-M1-213693 | MRC RECEIVABLES CO | HOLLOWAY JESSICA | 11/13/2007 |
| 2007-M1-213694 | MRC RECEIVABLES CO | PATTERSON GEORGE | 11/13/2007 |
| 2007-M1-213696 | MRC RECEIVABLES CO | COLEMAN RUTH | 11/13/2007 |
| 2007-M1-213697 | MRC RECEIVABLES CO | PEREZ ROSA | 11/13/2007 |
| 2007-M1-213698 | MRC RECEIVABLES CO | JACKSON ROBERTA | 11/13/2007 |
| 2007-M1-213699 | MRC RECEIVABLES CO | PERRIN BARBARA | 11/13/2007 |
| 2007-M1-213700 | MRC RECEIVABLES CO | HILL DOROTHY | 11/13/2007 |
| 2007-M1-213702 | MRC RECEIVABLES CO | HOPSON SARAH | 11/13/2007 |
| 2007-M1-213703 | MRC RECEIVABLES CO | LOMAX BERNICE | 11/13/2007 |
| 2007-M1-213704 | MRC RECEIVABLES CO | MARTINEZ CHRISTINE | 11/13/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-213705 | MRC RECEIVABLES CO | HANNY JACQUELINE | 11/13/2007 |
| 2007-M1-213706 | MRC RECEIVABLES CO | LAMPLEY HELEN | 11/13/2007 |
| 2007-M1-213707 | MRC RECEIVABLES CO | BRUMFIELD SANDRA | 11/13/2007 |
| 2007-M1-213708 | MRC RECEIVABLES CO | STERLING LILLIE | 11/13/2007 |
| 2007-M1-213709 | MRC RECEIVABLES CO | WARD JANICE | 11/13/2007 |
| 2007-M1-213710 | MRC RECEIVABLES CO | DELEON CARLOS | 11/13/2007 |
| 2007-M1-213716 | MRC RECEIVABLES CO | RODRIGUEZ IRMA | 11/13/2007 |
| 2007-M1-213034 | MRC RECEIVABLES CO | RICHARDSON HAROLD | 11/09/2007 |
| 2007-M1-213081 | MRC RECEIVABLES CO | COLON HARRY | 11/09/2007 |
| 2007-M1-212594 | MRC RECEIVABLES CO | JONES DEJUANE | 11/08/2007 |
| 2007-M1-212602 | MRC RECEIVABLES CO | BOOKER JEFFREY | 11/08/2007 |
| 2007-M1-212649 | MRC RECEIVABLES | SILK SHANEL | 11/08/2007 |
| 2007-M1-212665 | MRC RECEIVABLES CO | WILLIAMS EARLINE | 11/08/2007 |
| 2007-M1-212668 | MRC RECEIVABLES CO | HINTON MILES | 11/08/2007 |
| 2007-M1-212694 | MRC RECEIVABLES CO | MORRIS RAY | 11/08/2007 |
| 2007-M1-210745 | MRC RECEIVABLES CO | OGUNLOLA AKIN | 11/05/2007 |
| 2007-M1-210749 | MRC RECEIVABLES CO | KOENIG MIKE | 11/05/2007 |
| 2007-M1-210807 | MRC RECEIVABLES CO | DAVENPORT LYNETTE | 11/05/2007 |
| 2007-M1-210899 | MRC RECEIVABLES CO | SOTO HECTOR | 11/05/2007 |
| 2007-M1-210909 | MRC RECEIVABLES CO | MUSZYNSKA MARIA | 11/05/2007 |
| 2007-M1-210297 | MRC RECEIVABLES CO | AUSTIN MARCUS | 11/02/2007 |
| 2007-M1-210310 | MRC RECEIVABLES CO | CLAUSELL EDITH | 11/02/2007 |
| 2007-M1-210324 | MRC RECEIVABLES CO | HARAZIN ROSE | 11/02/2007 |
| 2007-M1-210360 | MRC RECEIVABLES CO | VALERE MICHELLE | 11/02/2007 |
| 2007-M1-210362 | MRC RECEIVABLES CO | COPELAND WILLIE | 11/02/2007 |
| 2007-M1-209131 | MRC RECEIVABLES CO | FERNANDEZ MARCO | 11/01/2007 |
| 2007-M1-209143 | MRC RECEIVABLES CO | CRUMB DEBRA | 11/01/2007 |
| 2007-M1-209154 | MRC RECEIVABLES CO | BEAN ANTHONY | 11/01/2007 |
| 2007-M1-209156 | MRC RECEIVABLES CO | BOBBITT LARRY | 11/01/2007 |
| 2007-M1-209157 | MRC RECEIVABLES CO | BIGSBEE ROSE | 11/01/2007 |
| 2007-M1-209162 | MRC RECEIVABLES CO | BLAKE LOUIS | 11/01/2007 |
| 2007-M1-209163 | MRC RECEIVABLES CO | COMPTON JAMELLA | 11/01/2007 |
| 2007-M1-209164 | MRC RECEIVABLES CO | DAVALOS JUAN | 11/01/2007 |
| 2007-M1-209224 | MRC RECEIVABLES CO | MCDONALD NORMAN JR | 11/01/2007 |
| 2007-M1-209233 | MRC RECEIVABLES CO | RACZKOWIAK MATT | 11/01/2007 |
| 2007-M1-209236 | MRC RECEIVABLES CO | GARRETT VERONICA | 11/01/2007 |
| 2007-M1-209238 | MRC RECEIVABLES CO | GONZALEZ JOSE | 11/01/2007 |

| Case Number | Plaintiff | Defendant | Date |
|---|---|---|---|
| 2007-M1-209264 | MRC RECEIVABLES CO | ALEXANDER ELLA | 11/01/2007 |
| 2007-M1-209290 | MRC RECEIVABLES CO | HOSS KATHERINE | 11/01/2007 |
| 2007-M1-209567 | MRC RECEIVABLES CO | FROST JOSEPH | 11/01/2007 |
| 2007-M1-209624 | MRC RECEIVABLES CO | WASHINGTON LOUISE | 11/01/2007 |
| 2007-M1-209727 | MRC RECEIVABLES CO | LIANG CHI | 11/01/2007 |
| 2007-M1-209820 | MRC RECEIVABLES CO | DIMEGLIO LUCIO | 11/01/2007 |
| 2007-M1-208638 | MRC RECEIVABLES CO | WYATT MARY | 10/31/2007 |
| 2007-M1-208729 | MRC RECEIVABLES CO | MOSLEY APRIL | 10/31/2007 |
| 2007-M1-208782 | MIDLAND CREDIT MAN | GRIFFIN LAWRENCE | 10/31/2007 |
| 2007-M1-208961 | MRC RECEIVABLES CO | HYDE MABLE | 10/31/2007 |
| 2007-M1-208964 | MRC RECEIVABLES CO | BARNES PATRICIA | 10/31/2007 |
| 2007-M1-208965 | MRC RECEIVABLES CO | BARBOSA ARMANDO | 10/31/2007 |
| 2007-M1-208971 | MRC RECEIVABLES CO | BIRL HERON | 10/31/2007 |
| 2007-M1-208974 | MRC RECEIVABLES CO | BEMLEY CEDRIC | 10/31/2007 |
| 2007-M1-208213 | MRC RECEIVABLES CO | DENNIS DIANE | 10/30/2007 |
| 2007-M1-208216 | MRC RECEIVABLES CO | EVANS JESSIE | 10/30/2007 |
| 2007-M1-208254 | MRC RECEIVABLES CO | KOVATS JOSEPH | 10/30/2007 |
| 2007-M1-207419 | MRC RECEIVABLES CO | ROBINSON JAMES | 10/29/2007 |
| 2007-M1-207427 | MRC RECEIVABLES CO | WALLACE DANIELLE | 10/29/2007 |
| 2007-M1-207475 | MRC RECEIVABLES CO | ADAMS RHONDA | 10/29/2007 |
| 2007-M1-207493 | MRC RECEIVABLES CO | GONCZI ELIZABETH | 10/29/2007 |
| 2007-M1-207528 | MRC RECEIVABLES CO | MOORE REGINALD | 10/29/2007 |
| 2007-M1-207658 | MRC RECEIVABLES CO | TUBBS MARY | 10/29/2007 |
| 2007-M1-207676 | MRC RECEIVABLES CO | MARTINEZ GRACE | 10/29/2007 |
| 2007-M1-207692 | MRC RECEIVABLES CO | BEARDEN LATOYA | 10/29/2007 |
| 2007-M1-207699 | MRC RECEIVABLES CO | HOWELL SHAFONDA | 10/29/2007 |
| 2007-M1-207704 | MRC RECEIVABLES CO | KACKERT WILLIAM | 10/29/2007 |
| 2007-M1-207749 | MRC RECEIVABLES CO | RHODES ERRICK | 10/29/2007 |
| 2007-M1-206607 | MRC RECEIVABLES | JUBEH RAID | 10/25/2007 |
| 2007-M1-206688 | MRC RECEIVABLES CO | RODE JOHN | 10/25/2007 |
| 2007-M1-206945 | MRC RECEIVABLES CO | QUINONES JORGE | 10/25/2007 |
| 2007-M1-206054 | MRC RECEIVABLES CO | BAILEY CRAIG | 10/24/2007 |
| 2007-M1-205414 | MRC RECEIVABLES CO | MITCHELL RAYMOND | 10/23/2007 |
| 2007-M1-205423 | MRC RECEIVABLES CO | HUDSON DEMETRIUS | 10/23/2007 |
| 2007-M1-205450 | MRC RECEIVABLES CO | CLARK ANNA | 10/23/2007 |
| 2007-M1-204620 | MRC RECEIVABLES CO | JONES DAVID | 10/19/2007 |
| 2007-M1-204672 | MRC RECEIVABLES CO | KRAUS TERRY | 10/19/2007 |