# EXHIBIT C
# Part 1 of 2



*Dorothy Brown*

# Clerk of the Circuit Court
## Cook County

*Division: Civil*

**Click on Case Number for Case Information Summary**

Name Search Results for: MIDLAND CREDIT

| Case Number | Plaintiff | Defendant | Date Filed |
|---|---|---|---|
| 2008-M1-103244 | MIDLAND CREDIT MAN | TUCKER ANTWON R | 01/15/2008 |
| 2008-M1-103245 | MIDLAND CREDIT MAN | THOMAS FREDERICK T | 01/15/2008 |
| 2008-M1-103247 | MIDLAND CREDIT MAN | SEQUIRA IRMA | 01/15/2008 |
| 2008-M1-102157 | MIDLAND CREDIT MGT | WOOTEN ANDRE D | 01/10/2008 |
| 2008-M1-102158 | MIDLAND CREDIT MGT | GALANTE JERRY O | 01/10/2008 |
| 2008-M1-102159 | MIDLAND CREDIT MGT | SAVAGE MARK | 01/10/2008 |
| 2008-M1-102161 | MIDLAND CREDIT MGT | SEGURA ASSAD | 01/10/2008 |
| 2007-M1-258117 | MIDLAND CREDIT MGT | GETUEZA EDUARDO | 12/31/2007 |
| 2007-M1-258118 | MIDLAND CREDIT MGT | STREJC JOSEPH J | 12/31/2007 |
| 2007-M1-258119 | MIDLAND CREDIT MGT | WHITESIDE CARDELIA | 12/31/2007 |
| 2007-M1-258120 | MIDLAND CREDIT MGT | MORALES CELSO III | 12/31/2007 |
| 2007-M1-258121 | MIDLAND CREDIT MGT | DENNARD AQUEELAH | 12/31/2007 |
| 2007-M1-258122 | MIDLAND CREDIT MGT | COCKRELL KERWIN | 12/31/2007 |
| 2007-M1-258123 | MIDLAND CREDIT MGT | KOMM ROBERT D | 12/31/2007 |
| 2007-M1-258124 | MIDLAND CREDIT MGT | DABBS CRUYSTAL V | 12/31/2007 |
| 2007-M1-258125 | MIDLAND CREDIT MGT | DUBONETTI PAMELA M | 12/31/2007 |
| 2007-M1-258126 | MIDLAND CREDIT MGT | HOWARD TRUDY M | 12/31/2007 |
| 2007-M1-258127 | MIDLAND CREDIT MGT | GUIDEN NANCY | 12/31/2007 |
| 2007-M1-258129 | MIDLAND CREDIT MGT | KAUY KATHLEEN | 12/31/2007 |
| 2007-M1-258130 | MIDLAND CREDIT MGT | ZAKRZEWSKI TERESA | 12/31/2007 |
| 2007-M1-258131 | MIDLAND CREDIT MGT | RIVERA AURELIO | 12/31/2007 |
| 2007-M1-258132 | MIDLAND CREDIT MGT | LINDEMANN GAIL R | 12/31/2007 |
| 2007-M1-258133 | MIDLAND CREDIT MGT | MARTINEZ ELIZABETH | 12/31/2007 |
| 2007-M1-258134 | MIDLAND CREDIT MGT | SAUYLES VICTORIA L | 12/31/2007 |
| 2007-M1-258135 | MIDLAND CREDIT MGT | LEE FELISICA K | 12/31/2007 |
|  |  |  |  |

| 2007-M1-258136 | MIDLAND CREDIT MGT | LEMONS IDA M | 12/31/2007 |
| 2007-M1-258137 | MIDLAND CREDIT MGT | BROWN GWENDOLYN | 12/31/2007 |
| 2007-M1-258138 | MIDLAND CREDIT MGT | CHISUM ALMATINE | 12/31/2007 |
| 2007-M1-258139 | MIDLAND CREDIT MGT | LOPEZ MICHELLE | 12/31/2007 |
| 2007-M1-258140 | MIDLAND CREDIT MGT | CERVANTES MARTHA L | 12/31/2007 |
| 2007-M1-258141 | MIDLAND CREDIT MGT | PURCELL ERNESTO | 12/31/2007 |
| 2007-M1-258142 | MIDLAND CREDIT MGT | MUSTAFAA DAVID H | 12/31/2007 |
| 2007-M1-258143 | MIDLAND CREDIT MGT | ZABDAH NAIM | 12/31/2007 |
| 2007-M1-258144 | MIDLAND CREDIT MGT | HUGHES DEBORAH A | 12/31/2007 |
| 2007-M1-258145 | MIDLAND CREDIT MGT | NORMAN JAMES | 12/31/2007 |
| 2007-M1-255789 | MIDLAND CREDIT MAN | LEE SANDRA | 12/24/2007 |
| 2007-M1-253816 | MIDLAND CREDIT MGT | JONES GRENE | 12/18/2007 |
| 2007-M1-253817 | MIDLAND CREDIT MGT | CERVAJAL JOSE M | 12/18/2007 |
| 2007-M1-253818 | MIDLAND CREDIT MGT | VASSALLO CONSTANCE | 12/18/2007 |
| 2007-M1-253819 | MIDLAND CREDIT MGT | LOTT EMMA | 12/18/2007 |
| 2007-M1-253820 | MIDLAND CREDIT MGT | HERNANDEZ TRACY L | 12/18/2007 |
| 2007-M1-253821 | MIDLAND CREDIT MGT | LEE NINA | 12/18/2007 |
| 2007-M1-253822 | MIDLAND CREDIT MGT | TABB ATHERIS | 12/18/2007 |
| 2007-M1-253824 | MIDLAND CREDIT MGT | WILSON BONITYA | 12/18/2007 |
| 2007-M1-253826 | MIDLAND CREDIT MGT | REYES ROBERTO O | 12/18/2007 |
| 2007-M1-253832 | MIDLAND CREDIT MGT | LOVE SHELIA T | 12/18/2007 |
| 2007-M1-253833 | MIDLAND CREDIT MGT | BOWDEN WILLIAM | 12/18/2007 |
| 2007-M1-253835 | MIDLAND CREDIT MGT | AQUINO JJESUS | 12/18/2007 |
| 2007-M1-253837 | MIDLAND CREDIT MGT | VASQUEZ CESAR | 12/18/2007 |
| 2007-M1-253839 | MIDLAND CREDIT MGT | JACKSON LOUIS | 12/18/2007 |
| 2007-M1-253841 | MIDLAND CREDIT MGT | GUZMAN LAURA | 12/18/2007 |
| 2007-M1-253842 | MIDLAND CREDIT MGT | HIRSCHMANN SUSANNE | 12/18/2007 |
| 2007-M1-253844 | MIDLAND CREDIT MGT | RICHARDSON ROSETTA | 12/18/2007 |
| 2007-M1-253849 | MIDLAND CREDIT MGT | LOPEZ DANNY R | 12/18/2007 |
| 2007-M1-253851 | MIDLAND CREDIT MGT | JOHNSON ALISA | 12/18/2007 |
| 2007-M1-253853 | MIDLAND CREDIT MGT | JORDAN DANIELLED | 12/18/2007 |
| 2007-M1-253854 | MIDLAND CREDIT MGT | GILES FRANSICO | 12/18/2007 |
| 2007-M1-253856 | MIDLAND CREDIT MGT | STERNS KAMEN D | 12/18/2007 |
| 2007-M1-253858 | MIDLAND CREDIT MGT | JOHNSON MYRTIS | 12/18/2007 |
| 2007-M1-253861 | MIDLAND CREDIT MGT | FISHER MARK | 12/18/2007 |
| 2007-M1-253862 | MIDLAND CREDIT MGT | MONTANO FELIPE | 12/18/2007 |
| 2007-M1-253864 | MIDLAND CREDIT MGT | RIVERO GEYSY | 12/18/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-253866 | MIDLAND CREDIT MGT | STARKS PATRICIA | 12/18/2007 |
| 2007-M1-253867 | MIDLAND CREDIT MGT | ALLISON JOEL C | 12/18/2007 |
| 2007-M1-253868 | MIDLAND CREDIT MGT | WRIGHT DOROTHY | 12/18/2007 |
| 2007-M1-253869 | MIDLAND CREDIT MGT | WHITE SARA | 12/18/2007 |
| 2007-M1-253870 | MIDLAND CREDIT MGT | HALL DIONE | 12/18/2007 |
| 2007-M1-253871 | MIDLAND CREDIT MGT | HUDSON MICHELLE | 12/18/2007 |
| 2007-M1-253872 | MIDLAND CREDIT MGT | LINDGREN WILLIAM S | 12/18/2007 |
| 2007-M1-253873 | MIDLAND CREDIT MGT | SMITH PAULINE | 12/18/2007 |
| 2007-M1-253874 | MIDLAND CREDIT MGT | MCCLOUD VARENA N | 12/18/2007 |
| 2007-M1-251969 | MIDLAND CREDIT MGT | LATO HAROLD | 12/15/2007 |
| 2007-M1-251971 | MIDLAND CREDIT MGT | HARTMAN ROGER | 12/15/2007 |
| 2007-M1-251973 | MIDLAND CREDIT MGT | STALLMAN BARRY | 12/15/2007 |
| 2007-M1-251975 | MIDLAND CREDIT MGT | BENSON MARCELLA | 12/15/2007 |
| 2007-M1-251977 | MIDLAND CREDIT MGT | COLEMAN MICHAEL | 12/15/2007 |
| 2007-M1-251980 | MIDLAND CREDIT MGT | KRUCZEK DAWN K | 12/15/2007 |
| 2007-M1-251982 | MIDLAND CREDIT MGT | JOHNSON CARESS | 12/15/2007 |
| 2007-M1-251984 | MIDLAND CREDIT MGT | NOWAKOWSKI JERZY | 12/15/2007 |
| 2007-M1-251986 | MIDLAND CREDIT MGT | KALETA BARBATRA M | 12/15/2007 |
| 2007-M1-251988 | MIDLAND CREDIT MGT | WILLIAMS THOMAS C | 12/15/2007 |
| 2007-M1-251990 | MIDLAND CREDIT MGT | MUFTI FARZAN J | 12/15/2007 |
| 2007-M1-251993 | MIDLAND CREDIT MGT | PAYTON EVELYN | 12/15/2007 |
| 2007-M1-251995 | MIDLAND CREDIT MGT | WEST ISAAC R | 12/15/2007 |
| 2007-M1-251997 | MIDLAND CREDIT MGT | WALKER SIOBHAN K | 12/15/2007 |
| 2007-M1-251998 | MIDLAND CREDIT MGT | BURNS GARY S | 12/15/2007 |
| 2007-M1-252002 | MIDLAND CREDIT MGT | REED JAMES R | 12/15/2007 |
| 2007-M1-252004 | MIDLAND CREDIT MGT | MANNING JOYCE E | 12/15/2007 |
| 2007-M1-252006 | MIDLAND CREDIT MGT | SAVILL MLATHEW | 12/15/2007 |
| 2007-M1-252007 | MIDLAND CREDIT MGT | KNAPP JULIO | 12/15/2007 |
| 2007-M1-252009 | MIDLAND CREDIT MGT | JASSO JUAN M | 12/15/2007 |
| 2007-M1-252010 | MIDLAND CREDIT MGT | MCLELLAN SCOTT D | 12/15/2007 |
| 2007-M1-252011 | MIDLAND CREDIT MGT | KEPLEY ANITA M | 12/15/2007 |
| 2007-M1-252012 | MIDLAND CREDIT MGT | YOON JAE E | 12/15/2007 |
| 2007-M1-252013 | MIDLAND CREDIT MGT | PRICE EMILY | 12/15/2007 |
| 2007-M1-252014 | MIDLAND CREDIT MGT | KANMROWSKI ZDISLAW | 12/15/2007 |
| 2007-M1-252019 | MIDLAND CREDIT MGT | LOPEZ JORGE | 12/15/2007 |
| 2007-M1-252021 | MIDLAND CREDIT MGT | ANGELAKOS MICHAEL | 12/15/2007 |
| 2007-M1-252023 | MIDLAND CREDIT MGT | MARCOWKA SHERYL | 12/15/2007 |

| 2007-M1-252024 | MIDLAND CREDIT MGT | MARTINEZ ROSA M | 12/15/2007 |
|---|---|---|---|
| 2007-M1-252576 | MIDLAND CREDIT MGT | CARLASCIO GINA L | 12/15/2007 |
| 2007-M1-252577 | MIDLAND CREDIT MGT | GAYTAN ENRIQUE | 12/15/2007 |
| 2007-M1-252578 | MIDLAND CREDIT MGT | ERHART PHYLLIS J | 12/15/2007 |
| 2007-M1-252579 | MIDLAND CREDIT MGT | KOSTADINOV KOSTADI | 12/15/2007 |
| 2007-M1-252580 | MIDLAND CREDIT MGT | ALI GABRIELA S | 12/15/2007 |
| 2007-M1-252581 | MIDLAND CREDIT MGT | MIKONIS DARIUS | 12/15/2007 |
| 2007-M1-252582 | MIDLAND CREDIT MGT | RATAJCZYK THERESE | 12/15/2007 |
| 2007-M1-252583 | MIDLAND CREDIT MGT | LEWIS JOHN F | 12/15/2007 |
| 2007-M1-252584 | MIDLAND CREDIT MGT | ROGOJAN FLOARE | 12/15/2007 |
| 2007-M1-252585 | MIDLAND CREDIT MGT | CARPENTER JEFFREY | 12/15/2007 |
| 2007-M1-252586 | MIDLAND CREDIT MGT | BROOKS SHARON D | 12/15/2007 |
| 2007-M1-252587 | MIDLAND CREDIT MGT | KARWECKI STANISLAW | 12/15/2007 |
| 2007-M1-252588 | MIDLAND CREDIT MGT | PHARTHONG TOM | 12/15/2007 |
| 2007-M1-252589 | MIDLAND CREDIT MGT | GANTER JUANITA | 12/15/2007 |
| 2007-M1-252590 | MIDLAND CREDIT MGT | MOY EDMUND L | 12/15/2007 |
| 2007-M1-252591 | MIDLAND CREDIT MGT | HENRY ROBERT L | 12/15/2007 |
| 2007-M1-252592 | MIDLAND CREDIT MGT | PEREZ SAMUEL | 12/15/2007 |
| 2007-M1-252593 | MIDLAND CREDIT MGT | MILLER CONCETTA A | 12/15/2007 |
| 2007-M1-252594 | MIDLAND CREDIT MGT | GARNETT CHRISTINE | 12/15/2007 |
| 2007-M1-252595 | MIDLAND CREDIT MGT | MARGUEZ REGINA A | 12/15/2007 |
| 2007-M1-252596 | MIDLAND CREDIT MGT | JOSHUA ERICA M | 12/15/2007 |
| 2007-M1-252597 | MIDLAND CREDIT MGT | MARTIN SUNNY P | 12/15/2007 |
| 2007-M1-252598 | MIDLAND CREDIT MGT | LOPEZ IMELDA | 12/15/2007 |
| 2007-M1-252599 | MIDLAND CREDIT MGT | WILHELM MARIAN | 12/15/2007 |
| 2007-M1-252600 | MIDLAND CREDIT MGT | WOODBERRY CHRISTIN | 12/15/2007 |
| 2007-M1-252601 | MIDLAND CREDIT MGT | SMITH JUANITA | 12/15/2007 |
| 2007-M1-252602 | MIDLAND CREDIT MGT | DROZDO FRED K | 12/15/2007 |
| 2007-M1-252603 | MIDLAND CREDIT MGT | HOWE DAVID | 12/15/2007 |
| 2007-M1-252604 | MIDLAND CREDIT MGT | ELDRIDGE SANDRA RU | 12/15/2007 |
| 2007-M1-252605 | MIDLAND CREDIT MGT | SCOTT LOIS | 12/15/2007 |
| 2007-M1-252753 | MIDLAND CREDIT MAN | HONEYCUTT TAMIKA D | 12/15/2007 |
| 2007-M1-252756 | MIDLAND CREDIT MAN | ANTUNEZ NADIA | 12/15/2007 |
| 2007-M1-252758 | MIDLAND CREDIT MAN | WALKER THERESA | 12/15/2007 |
| 2007-M1-252762 | MIDLAND CREDIT MAN | LAUREA ELEONOR | 12/15/2007 |
| 2007-M1-252766 | MIDLAND CREDIT MAN | SAWKA CHERYL | 12/15/2007 |
| 2007-M1-252769 | MIDLAND CREDIT MAN | SMITH MICHEAL | 12/15/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-252773 | MIDLAND CREDIT MAN | HARDIN CHEYENNE | 12/15/2007 |
| 2007-M1-252775 | MIDLAND CREDIT MAN | DUNCAN HARRIET | 12/15/2007 |
| 2007-M1-252777 | MIDLAND CREDIT MAN | CURRY VERSIE | 12/15/2007 |
| 2007-M1-252779 | MIDLAND CREDIT MAN | LEE JIN S | 12/15/2007 |
| 2007-M1-252781 | MIDLAND CREDIT MAN | FLUNDER GLORIA D | 12/15/2007 |
| 2007-M1-252784 | MIDLAND CREDIT MAN | GRICIUS LINAS | 12/15/2007 |
| 2007-M1-252785 | MIDLAND CREDIT MAN | NELSON JAMES | 12/15/2007 |
| 2007-M1-252787 | MIDLAND CREDIT MAN | MIN JAMES B | 12/15/2007 |
| 2007-M1-252789 | MIDLAND CREDIT MAN | TOWNSEND RICHARD J | 12/15/2007 |
| 2007-M1-252791 | MIDLAND CREDIT MAN | WILDER SAMMY | 12/15/2007 |
| 2007-M1-252793 | MIDLAND CREDIT MAN | DENT FAITH A | 12/15/2007 |
| 2007-M1-252795 | MIDLAND CREDIT MAN | RECULE WILTEAU | 12/15/2007 |
| 2007-M1-252796 | MIDLAND CREDIT MAN | LATA MICHELLE A | 12/15/2007 |
| 2007-M1-252797 | MIDLAND CREDIT MAN | TECZA FRANCISZE A | 12/15/2007 |
| 2007-M1-252798 | MIDLAND CREDIT MAN | AUSTIN LORINE | 12/15/2007 |
| 2007-M1-252799 | MIDLAND CREDIT MAN | MCDONNELL MICHAEL | 12/15/2007 |
| 2007-M1-252800 | MIDLAND CREDIT MAN | COOLEY PATRICIA A | 12/15/2007 |
| 2007-M1-252801 | MIDLAND CREDIT MAN | CAPODANO JEFF C | 12/15/2007 |
| 2007-M1-252802 | MIDLAND CREDIT MAN | EVANS YOLANDA | 12/15/2007 |
| 2007-M1-252803 | MIDLAND CREDIT MAN | PUGH EPHRAIM III | 12/15/2007 |
| 2007-M1-252804 | MIDLAND CREDIT MAN | KABALA MICHAEL J | 12/15/2007 |
| 2007-M1-252805 | MIDLAND CREDIT MAN | BLAKEMORE DARLENE | 12/15/2007 |
| 2007-M1-252806 | MIDLAND CREDIT MAN | RODRIGUEZ GEORGE L | 12/15/2007 |
| 2007-M1-252808 | MIDLAND CREDIT MAN | TANAFRANCA JAECIPH | 12/15/2007 |
| 2007-M1-252809 | MIDLAND CREDIT MAN | BLAKELY JOYCE | 12/15/2007 |
| 2007-M1-252810 | MIDLAND CREDIT MAN | GUY WILLIE | 12/15/2007 |
| 2007-M1-220450 | MIDLAND CREDIT MAN | RAMIREZ ERICK | 12/04/2007 |
| 2007-M1-220451 | MIDLAND CREDIT MAN | KOOI ERIC C VANDER | 12/04/2007 |
| 2007-M1-220454 | MIDLAND CREDIT MAN | SUSMARSKI TROY A | 12/04/2007 |
| 2007-M1-220463 | MIDLAND CREDIT MAN | HAMPTON WILLIE | 12/04/2007 |
| 2007-M1-220464 | MIDLAND CREDIT MAN | TATE ANGELA | 12/04/2007 |
| 2007-M1-220465 | MIDLAND CREDIT MAN | VIRIYASATIENJIND S | 12/04/2007 |
| 2007-M1-220466 | MIDLAND CREDIT MAN | MANUEL FELICIA | 12/04/2007 |
| 2007-M1-220469 | MIDLAND CREDIT MAN | WILLIAMS ROBERT | 12/04/2007 |
| 2007-M1-220470 | MIDLAND CREDIT MAN | MIMMS SIDRICK A | 12/04/2007 |
| 2007-M1-220471 | MIDLAND CREDIT MAN | JOHNSON ANTWAIN M | 12/04/2007 |
| 2007-M1-220473 | MIDLAND CREDIT MAN | MULLAN COLLEEN A | 12/04/2007 |

| 2007-M1-220474 | MIDLAND CREDIT MAN | RWAKATARE TIBE | 12/04/2007 |
|---|---|---|---|
| 2007-M1-220475 | MIDLAND CREDIT MAN | INGRAM HORTENSE P | 12/04/2007 |
| 2007-M1-220476 | MIDLAND CREDIT MAN | WOODS EDDIE | 12/04/2007 |
| 2007-M1-220477 | MIDLAND CREDIT MAN | RABENECK STUART | 12/04/2007 |
| 2007-M1-220479 | MIDLAND CREDIT MAN | SOLANO JAIME | 12/04/2007 |
| 2007-M1-220480 | MIDLAND CREDIT MAN | MOSES MORRIS | 12/04/2007 |
| 2007-M1-220482 | MIDLAND CREDIT MAN | ZARAGOZA OMAR | 12/04/2007 |
| 2007-M1-220503 | MIDLAND CREDIT MAN | SMITH MARY S | 12/04/2007 |
| 2007-M1-220504 | MIDLAND CREDIT MAN | VAZQUEZ MARIA L | 12/04/2007 |
| 2007-M1-220505 | MIDLAND CREDIT MAN | MCABEE JOE | 12/04/2007 |
| 2007-M1-220506 | MIDLAND CREDIT MAN | JOHNSON GWENDOLYN | 12/04/2007 |
| 2007-M1-220507 | MIDLAND CREDIT MAN | STEWART IRIS M | 12/04/2007 |
| 2007-M1-220508 | MIDLAND CREDIT MAN | MOJICA FRANCINE C | 12/04/2007 |
| 2007-M1-220509 | MIDLAND CREDIT MAN | SALMAN AIL | 12/04/2007 |
| 2007-M1-220514 | MIDLAND CREDIT MAN | NYLUND JOHN | 12/04/2007 |
| 2007-M1-220515 | MIDLAND CREDIT MAN | CARVAJAL MARIO | 12/04/2007 |
| 2007-M1-220516 | MIDLAND CREDIT MAN | MAXIE OTHA L | 12/04/2007 |
| 2007-M1-220518 | MIDLAND CREDIT MAN | COOK SCHERIE C | 12/04/2007 |
| 2007-M1-220520 | MIDLAND CREDIT MAN | BAILEY DONNA M | 12/04/2007 |
| 2007-M1-220521 | MIDLAND CREDIT MAN | RAWLS EVERETT | 12/04/2007 |
| 2007-M1-220523 | MIDLAND CREDIT MAN | ZARAGOZA OMAR | 12/04/2007 |
| 2007-M1-220524 | MIDLAND CREDIT MAN | WILLIAMS WILLIE | 12/04/2007 |
| 2007-M1-220525 | MIDLAND CREDIT MAN | RAY KENNETH | 12/04/2007 |
| 2007-M1-220526 | MIDLAND CREDIT MAN | FISHER DANIEL | 12/04/2007 |
| 2007-M1-220527 | MIDLAND CREDIT MAN | KIPPER AARON | 12/04/2007 |
| 2007-M1-220528 | MIDLAND CREDIT MAN | EDWARDS CYNTHIA | 12/04/2007 |
| 2007-M1-220529 | MIDLAND CREDIT MAN | KLASINKSI ALEXANDR | 12/04/2007 |
| 2007-M1-220530 | MIDLAND CREDIT MAN | GONZALEZ JOEL A | 12/04/2007 |
| 2007-M1-220531 | MIDLAND CREDIT MAN | NOLASCO GILBERTO A | 12/04/2007 |
| 2007-M1-219814 | MIDLAND CREDIT MGT | SANCHEZ VICENTE A | 12/03/2007 |
| 2007-M1-219816 | MIDLAND CREDIT MGT | KONAR LAURA T | 12/03/2007 |
| 2007-M1-219818 | MIDLAND CREDIT MGT | CRUTCHER SONJA R | 12/03/2007 |
| 2007-M1-219821 | MIDLAND CREDIT MGT | LENTINO LISA A | 12/03/2007 |
| 2007-M1-219822 | MIDLAND CREDIT MGT | HASTINGS SONIA | 12/03/2007 |
| 2007-M1-219823 | MIDLAND CREDIT MGT | GUERECA GUILLERMO | 12/03/2007 |
| 2007-M1-219824 | MIDLAND CREDIT MGT | GONZALEZ VANESSA | 12/03/2007 |
| 2007-M1-219825 | MIDLAND CREDIT MGT | WILSON WESLEY A | 12/03/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-219826 | MIDLAND CREDIT MGT | MOORE CHARLES | 12/03/2007 |
| 2007-M1-219829 | MIDLAND CREDIT MGT | JONES MILDRED | 12/03/2007 |
| 2007-M1-219831 | MIDLAND CREDIT MGT | KATSIKANTAMIS CARO | 12/03/2007 |
| 2007-M1-219833 | MIDLAND CREDIT MGT | JOHNSON WILLIE L | 12/03/2007 |
| 2007-M1-219835 | MIDLAND CREDIT | DJEKICH STEVE | 12/03/2007 |
| 2007-M1-219837 | MIDLAND CREDIT MGT | MAVARRA RIZALDO V | 12/03/2007 |
| 2007-M1-219838 | MIDLAND CREDIT MGT | HIGGS JOE | 12/03/2007 |
| 2007-M1-219320 | WORLDWIDE ASSET PU | DINWIDDLE WILLIAM | 11/30/2007 |
| 2007-M1-218714 | MIDLAND CREDIT MAN | BUCKNER DOROTHEA | 11/29/2007 |
| 2007-M1-218293 | MIDLAND CREDIT MGT | TILSON TERRY | 11/28/2007 |
| 2007-M1-218294 | MIDLAND CREDIT MGT | WILLIAMS MICHELLE | 11/28/2007 |
| 2007-M1-218297 | MIDLAND CREDIT MGT | LEE CARRIE E | 11/28/2007 |
| 2007-M1-218300 | MIDLAND CREDIT MGT | DUBINSKY YEVGENYA | 11/28/2007 |
| 2007-M1-218302 | MIDLAND CREDIT MGT | EDWARDS GERALDINE | 11/28/2007 |
| 2007-M1-218306 | MIDLAND CREDIT MGT | BANKS CHELMOUS H | 11/28/2007 |
| 2007-M1-218307 | MIDLAND CREDIT MGT | MALTZ ANDREW D | 11/28/2007 |
| 2007-M1-218309 | MIDLAND CREDIT MGT | CALDWELL MELINDA | 11/28/2007 |
| 2007-M1-218313 | MIDLAND CREDIT MGT | JOSEPH ANGELA | 11/28/2007 |
| 2007-M1-218316 | MIDLAND CREDIT MGT | HUNTER WINSON | 11/28/2007 |
| 2007-M1-218317 | MIDLAND CREDIT MGT | WILLIAMS HERBERT | 11/28/2007 |
| 2007-M1-218318 | MIDLAND CREDIT MGT | SMITH VANESAS | 11/28/2007 |
| 2007-M1-218319 | MIDLAND CREDIT MGT | DOBBS LYNN | 11/28/2007 |
| 2007-M1-218320 | MIDLAND CREDIT MGT | RICHARDSON LUSEAN | 11/28/2007 |
| 2007-M1-218321 | MIDLAND CREDIT MGT | DESHPANDE NIKHIL A | 11/28/2007 |
| 2007-M1-218323 | MIDLAND CREDIT MGT | CAMPOS RAUL | 11/28/2007 |
| 2007-M1-218324 | MIDLAND CREDIT MGT | COLEMAN PATRICE H | 11/28/2007 |
| 2007-M1-218325 | MIDLAND CREDIT MGT | PAGAN ANA O | 11/28/2007 |
| 2007-M1-218326 | MIDLAND CREDIT MGT | MOSS BRADY K | 11/28/2007 |
| 2007-M1-218327 | MIDLAND CREDIT MGT | BAKER ALONZO III | 11/28/2007 |
| 2007-M1-218329 | MIDLAND CREDIT MGT | KOEN MICHAEL F | 11/28/2007 |
| 2007-M1-218330 | MIDLAND CREDIT MGT | COLEMAN SHARON M | 11/28/2007 |
| 2007-M1-218331 | MIDLAND CREDIT MGT | SHAW JEFFREY L | 11/28/2007 |
| 2007-M1-218332 | MIDLAND CREDIT MGT | MORELAND ROMAINE | 11/28/2007 |
| 2007-M1-218333 | MIDLAND CREDIT MGT | WILLIAMS IRMA | 11/28/2007 |
| 2007-M1-218334 | MIDLAND CREDIT MGT | ARNOLD JENNIFER | 11/28/2007 |
| 2007-M1-218335 | MIDLAND CREDIT MGT | HARRIS MARTEZ J | 11/28/2007 |
| 2007-M1-218336 | MIDLAND CREDIT MGT | CYTLAK ALAN P | 11/28/2007 |

| 2007-M1-218447 | MIDLAND CREDIT MGT | JAGERT RAYMOND W | 11/28/2007 |
|---|---|---|---|
| 2007-M1-218448 | MIDLAND CREDIT MGT | JAWORSKI KAZIMIERZ | 11/28/2007 |
| 2007-M1-218450 | MIDLAND CREDIT MGT | JONES LILLIAN R | 11/28/2007 |
| 2007-M1-218451 | MIDLAND CREDIT MGT | LAWRENCE CHARLES E | 11/28/2007 |
| 2007-M1-218453 | MIDLAND CREDIT MGT | GOMEZ JILBERT | 11/28/2007 |
| 2007-M1-218456 | MIDLAND CREDIT MGT | MARTINEZ MARIA C | 11/28/2007 |
| 2007-M1-218457 | MIDLAND CREDIT MGT | HYDE CLAUDE | 11/28/2007 |
| 2007-M1-218459 | MIDLAND CREDIT MGT | GORBENKO RUSLAN | 11/28/2007 |
| 2007-M1-218461 | MIDLAND CREDIT MGT | YALIBAT HERMOGENES | 11/28/2007 |
| 2007-M1-218479 | MIDLAND CREDIT MGT | BROOKS RANDOLPH G | 11/28/2007 |
| 2007-M1-218489 | MIDLAND CREDIT MGT | JACKSON JAQUELYN | 11/28/2007 |
| 2007-M1-218491 | MIDLAND CREDIT MGT | HEATH GREG | 11/28/2007 |
| 2007-M1-218498 | MIDLAND CREDIT MGT | CANTRELL STACEY L | 11/28/2007 |
| 2007-M1-218501 | MIDLAND CREDIT MGT | LEWIS DEBRA | 11/28/2007 |
| 2007-M1-218502 | MIDLAND CREDIT MGT | JOHNSON ANDRE | 11/28/2007 |
| 2007-M1-218504 | MIDLAND CREDIT MGT | MORROW LORRAINE | 11/28/2007 |
| 2007-M1-218505 | MIDLAND CREDIT MGT | YI JUN | 11/28/2007 |
| 2007-M1-218506 | MIDLAND CREDIT MGT | ROBERT GLORIA | 11/28/2007 |
| 2007-M1-218507 | MIDLAND CREDIT MGT | MEI YUE Y | 11/28/2007 |
| 2007-M1-218508 | MIDLAND CREDIT MGT | FRYHAT MOHAMAD W | 11/28/2007 |
| 2007-M1-218509 | MIDLAND CREDIT MGT | BAKER COZANDUS | 11/28/2007 |
| 2007-M1-218511 | MIDLAND CREDIT MGT | ABERNATHY TAYAWANA | 11/28/2007 |
| 2007-M1-218512 | MIDLAND CREDIT MGT | WRAGGS REGINALD L | 11/28/2007 |
| 2007-M1-218513 | MIDLAND CREDIT MGT | LEWISLAPATRICK | 11/28/2007 |
| 2007-M1-218514 | MIDLAND CREDIT MGT | MIROSLAW MICHAEL J | 11/28/2007 |
| 2007-M1-218516 | MIDLAND CREDIT MGT | CANNON VERA | 11/28/2007 |
| 2007-M1-218517 | MIDLAND CREDIT MGT | ANDERSON MILDRED | 11/28/2007 |
| 2007-M1-218518 | MIDLAND CREDIT MGT | PARKER BETTY | 11/28/2007 |
| 2007-M1-218519 | MIDLAND CREDIT MGT | PANCZYK TANIA D | 11/28/2007 |
| 2007-M1-218520 | MIDLAND CREDIT MGT | ZASTROW DEBBIE S | 11/28/2007 |
| 2007-M1-218521 | MIDLAND CREDIT MGT | ;E,PM RADEL | 11/28/2007 |
| 2007-M1-218522 | MIDLAND CREDIT MGT | HAMMOND DONNA L | 11/28/2007 |
| 2007-M1-218523 | MIDLAND CREDIT MGT | WILLIS KEITH DEAND | 11/28/2007 |
| 2007-M1-218524 | MIDLAND CREDIT MGT | PERSON FLORENCE A | 11/28/2007 |
| 2007-M1-218525 | MIDLAND CREDIT MGT | THOMAS CHARLIE JR | 11/28/2007 |
| 2007-M1-218526 | MIDLAND CREDIT MGT | MOORMAN ANTOINETT | 11/28/2007 |
| 2007-M1-218528 | MIDLAND CREDIT MGT | AVILAJUANA | 11/28/2007 |

| 2007-M1-218529 | MIDLAND CREDIT MGT | OHARA JEROME | 11/28/2007 |
|---|---|---|---|
| 2007-M1-218530 | MIDLAND CREDIT MGT | PIMENTEL JESUS A | 11/28/2007 |
| 2007-M1-218531 | MIDLAND CREDIT MGT | LOHAN MICHAEL K | 11/28/2007 |
| 2007-M1-218532 | MIDLAND CREDIT MGT | ZAKOS CINDY | 11/28/2007 |
| 2007-M1-218533 | MIDLAND CREDIT MGT | HOWARD CARRIE J | 11/28/2007 |
| 2007-M1-218534 | MIDLAND CREDIT MGT | EASLEY MARK V | 11/28/2007 |
| 2007-M1-601577 | MIDLAND CREDIT MGT | CAIN TARON | 11/20/2007 |
| 2007-M1-213052 | MIDLAND CREDIT MGT | SANDERS BETSY | 11/09/2007 |
| 2007-M1-211424 | MIDLAND CREDIT MGT | PATEL SAMIRUKUMA R | 11/06/2007 |
| 2007-M1-211425 | MIDLAND CREDIT MGT | SISSON DEXTER SR | 11/06/2007 |
| 2007-M1-211426 | MIDLAND CREDIT MGT | SUMMERVILLE BARBAR | 11/06/2007 |
| 2007-M1-211427 | MIDLAND CREDIT MGT | WILLIAMS ROSEMARIE | 11/06/2007 |
| 2007-M1-211429 | MIDLAND CREDIT MGT | GANT TATANISHA | 11/06/2007 |
| 2007-M1-211430 | MIDLAND CREDIT MGT | LEE CARRIE E | 11/06/2007 |
| 2007-M1-211431 | MIDLAND CREDIT MGT | MCDONALD JOANNE | 11/06/2007 |
| 2007-M1-211436 | MIDLAND CREDIT MGT | GIVENS DWAIN | 11/06/2007 |
| 2007-M1-211442 | MIDLAND CREDIT MGT | LEMON DARRIN | 11/06/2007 |
| 2007-M1-211455 | MIDLAND CREDIT MGT | RUDISON MELISSA E | 11/06/2007 |
| 2007-M1-211290 | MIDLAND CREDIT MGT | GREEN SYLVIA M | 11/05/2007 |
| 2007-M1-211291 | MIDLAND CREDIT MGT | MILLER DEBORAH K | 11/05/2007 |
| 2007-M1-211292 | MIDLAND CREDIT MGT | SANTIAGO BENJAMIN | 11/05/2007 |
| 2007-M1-211293 | MIDLAND CREDIT MGT | ALONSO SANDRA | 11/05/2007 |
| 2007-M1-211294 | MIDLAND CREDIT MGT | HAGG KIMBERLY A | 11/05/2007 |
| 2007-M1-211295 | MIDLAND CREDIT MGT | WRIGHT MAGDALENE N | 11/05/2007 |
| 2007-M1-211296 | MIDLAND CREDIT MGT | DAILEY MARY ALICE | 11/05/2007 |
| 2007-M1-211297 | MIDLAND CREDIT MGT | ANDERSON DAWN | 11/05/2007 |
| 2007-M1-211298 | MIDLAND CREDIT MGT | HARVEY ANGELA | 11/05/2007 |
| 2007-M1-211299 | MIDLAND CREDIT MGT | HELMS ALICE J | 11/05/2007 |
| 2007-M1-211300 | MIDLAND CREDIT MGT | MORRIS ALICE | 11/05/2007 |
| 2007-M1-211307 | MIDLAND CREDIT MGT | FALCON EDWARD H | 11/05/2007 |
| 2007-M1-211322 | MIDLAND CREDIT MGT | OSTROWSKI KURT M | 11/05/2007 |
| 2007-M1-211327 | MIDLAND CREDIT MGT | WILLIAMS ARMANDA R | 11/05/2007 |
| 2007-M1-211328 | MIDLAND CREDIT MGT | DAWSON DERRICK L | 11/05/2007 |
| 2007-M1-211329 | MIDLAND CREDIT MGT | AYYASH RAFIK | 11/05/2007 |
| 2007-M1-210383 | MIDLAND CREDIT MGT | LEE CARRIE E | 11/02/2007 |
| 2007-M1-208756 | MIDLAND CREDIT MAN | PATES HELEN C | 10/31/2007 |
| 2007-M1-208760 | MIDLAND CREDIT MAN | FLOWERS GLORIA | 10/31/2007 |

| 2007-M1-208761 | MIDLAND CREDIT MAN | JACKSON ALEXANDER | 10/31/2007 |
|---|---|---|---|
| 2007-M1-208762 | MIDLAND CREDIT MAN | BLACK CHELLENA | 10/31/2007 |
| 2007-M1-208763 | MIDLAND CREDIT MAN | LITTLE ROSLAND | 10/31/2007 |
| 2007-M1-208765 | MIDLAND CREDIT MAN | AUSTIN JENELL P | 10/31/2007 |
| 2007-M1-208766 | MIDLAND CREDIT MAN | LINARES RAFAEL | 10/31/2007 |
| 2007-M1-208767 | MIDLAND CREDIT MAN | BURCHETTE JOYCE A | 10/31/2007 |
| 2007-M1-208768 | MIDLAND CREDIT MAN | IVERY DARRYL | 10/31/2007 |
| 2007-M1-208770 | MIDLAND CREDIT MAN | THURMAN LARRY C | 10/31/2007 |
| 2007-M1-208771 | MIDLAND CREDIT MAN | SPRATT DOUGLAS A | 10/31/2007 |
| 2007-M1-208772 | MIDLAND CREDIT MAN | CLARK DAVID | 10/31/2007 |
| 2007-M1-208777 | MIDLAND CREDIT MAN | MAYS LUCILLE | 10/31/2007 |
| 2007-M1-208778 | MIDLAND CREDIT MAN | DORSEY DEBBIE | 10/31/2007 |
| 2007-M1-208779 | MIDLAND CREDIT MAN | BENNETT JOSEPH | 10/31/2007 |
| 2007-M1-208781 | MIDLAND CREDIT MAN | SANDERS VERA A | 10/31/2007 |
| 2007-M1-208782 | MIDLAND CREDIT MAN | GRIFFIN LAWRENCE | 10/31/2007 |
| 2007-M1-208783 | MIDLAND CREDIT MAN | LARKIN DANIEL | 10/31/2007 |
| 2007-M1-208784 | MIDLAND CREDIT MAN | LOUTFY YVETTE M | 10/31/2007 |
| 2007-M1-208785 | MIDLAND CREDIT MAN | ESPINOZA ANGEL R | 10/31/2007 |
| 2007-M1-208787 | MIDLAND CREDIT MAN | BELL GLORIA | 10/31/2007 |
| 2007-M1-207498 | MIDLAND CREDIT MGT | BOND KATRINA | 10/29/2007 |
| 2007-M1-206531 | MIDLAND CREDIT | VELEZ TOMAS | 10/25/2007 |
| 2007-M1-206325 | MIDLAND CREDIT MAN | PETERSON VALERIE A | 10/24/2007 |
| 2007-M1-206330 | MIDLAND CREDIT MAN | YOKHANA AILEEN | 10/24/2007 |
| 2007-M1-206331 | MIDLAND CREDIT MAN | HARRIS RONALD M | 10/24/2007 |
| 2007-M1-206332 | MIDLAND CREDIT MAN | BERKOVITZ TINA | 10/24/2007 |
| 2007-M1-206333 | MIDLAND CREDIT MAN | ROBINSON JOEL | 10/24/2007 |
| 2007-M1-206334 | MIDLAND CREDIT MAN | FLOYD CHARLES G | 10/24/2007 |
| 2007-M1-206335 | MIDLAND CREDIT MAN | FLORES MIRIAM | 10/24/2007 |
| 2007-M1-203864 | MIDLAND CREDIT MAN | MCEASTLAND PHYLLIN | 10/18/2007 |
| 2007-M1-203865 | MIDLAND CREDIT MAN | MAGLARIS NICKOLAOS | 10/18/2007 |
| 2007-M1-203866 | MIDLAND CREDIT MAN | LEWIS VELISA C | 10/18/2007 |
| 2007-M1-203924 | MIDLAND CREDIT MGT | GARDNER KENNETH | 10/18/2007 |
| 2007-M1-203402 | MIDLAND CREDIT MGT | WATTS SERENA | 10/17/2007 |
| 2007-M1-601402 | MIDLAND CREDIT MGT | HARRIS BRIDGETT | 10/16/2007 |
| 2007-M1-202361 | MIDLAND CREDIT MAN | WILSON KIMBERLY | 10/16/2007 |
| 2007-M1-202362 | MIDLAND CREDIT MAN | TOLBERT LATORRED D | 10/16/2007 |
| 2007-M1-202363 | MIDLAND CREDIT MAN | LEE MACALONZO | 10/16/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-202364 | MIDLAND CREDIT MAN | TOWNSEND SYLVESTER | 10/16/2007 |
| 2007-M1-202365 | MIDLAND CREDIT MAN | COLLINS CHERI D | 10/16/2007 |
| 2007-M1-202366 | MIDLAND CREDIT MAN | BARNES JANET | 10/16/2007 |
| 2007-M1-202381 | MIDLAND CREDIT MAN | BROWN ROBIN L | 10/16/2007 |
| 2007-M1-202382 | MIDLAND CREDIT MAN | SPEARS DELISHA M | 10/16/2007 |
| 2007-M1-202383 | MIDLAND CREDIT MAN | CAREY JONATHAN | 10/16/2007 |
| 2007-M1-202384 | MIDLAND CREDIT MAN | TURNER LOVERNE | 10/16/2007 |
| 2007-M1-202385 | MIDLAND CREDIT MAN | ABUALYAHGOB PHYLLI | 10/16/2007 |
| 2007-M1-202386 | MIDLAND CREDIT MAN | BELLAVIA WILLIAM | 10/16/2007 |
| 2007-M1-201347 | MIDLAND CREDIT MGT | SANCHEZ RAFAEL | 10/11/2007 |
| 2007-M1-199944 | MIDLAND CREDIT MGT | WHITE SAMUEL W | 10/09/2007 |
| 2007-M1-199946 | MIDLAND CREDIT MGT | MARTINEZ FELIPE J | 10/09/2007 |
| 2007-M1-199948 | MIDLAND CREDIT MGT | QUINONES CONNIE G | 10/09/2007 |
| 2007-M1-199950 | MIDLAND CREDIT MGT | AUGUSTINE SOPHIE | 10/09/2007 |
| 2007-M1-199951 | MIDLAND CREDIT MGT | FLOWERS BOBBY | 10/09/2007 |
| 2007-M1-199953 | MIDLAND CREDIT MGT | STEPHENSON KENNETH | 10/09/2007 |
| 2007-M1-199955 | MIDLAND CREDIT MGT | MORACK MICHAEL T | 10/09/2007 |
| 2007-M1-199957 | MIDLAND CREDIT MGT | KAUFMANN PATRICIA | 10/09/2007 |
| 2007-M1-199958 | MIDLAND CREDIT MGT | JONES DENISE D | 10/09/2007 |
| 2007-M1-199960 | MIDLAND CREDIT MGT | FRISCH NICHOLAS J | 10/09/2007 |
| 2007-M1-199965 | MIDLAND CREDIT MGT | BOBO LATACIA | 10/09/2007 |
| 2007-M1-199967 | MIDLAND CREDIT MGT | ABDULGHANI SAFIYA | 10/09/2007 |
| 2007-M1-199976 | MIDLAND CREDIT MGT | DELAMERCED RHODORA | 10/09/2007 |
| 2007-M1-199978 | MIDLAND CREDIT MGT | HERNANDEZ LUIS A | 10/09/2007 |
| 2007-M1-199979 | MIDLAND CREDIT MGT | COSBY NORMA | 10/09/2007 |
| 2007-M1-198792 | MIDLAND CREDIT MGT | BROWN JOYCE | 10/03/2007 |
| 2007-M1-198794 | MIDLAND CREDIT MGT | BROWN ETHEL L | 10/03/2007 |
| 2007-M1-198796 | MIDLAND CREDIT MGT | MARUNGO ROBERTO | 10/03/2007 |
| 2007-M1-198798 | MIDLAND CREDIT MGT | MCCALL STEPHANIE | 10/03/2007 |
| 2007-M1-198800 | MIDLAND CREDIT MGT | ALVARADO JENNIFER | 10/03/2007 |
| 2007-M1-198802 | MIDLAND CREDIT MGT | ARMSTREONG NATASHA | 10/03/2007 |
| 2007-M1-198811 | MIDLAND CREDIT MGT | SZESZOL ANDREW N | 10/03/2007 |
| 2007-M1-198813 | MIDLAND CREDIT MGT | BAILEY EEARL | 10/03/2007 |
| 2007-M1-198815 | MIDLAND CREDIT MGT | HARTMAN ROBERT | 10/03/2007 |
| 2007-M1-198818 | MIDLAND CREDIT MGT | PERRI NICHOLAS | 10/03/2007 |
| 2007-M1-198821 | MIDLAND CREDIT MGT | DEAR LOUISE | 10/03/2007 |
| 2007-M1-198823 | MIDLAND CREDIT MGT | OHLRICH WILLIAM L | 10/03/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-198824 | MIDLAND CREDIT MGT | SCHWARATZ JILL | 10/03/2007 |
| 2007-M1-198827 | MIDLAND CREDIT MGT | CLARK AUDREY | 10/03/2007 |
| 2007-M1-198829 | MIDLAND CREDIT MGT | BRADY DIANE C | 10/03/2007 |
| 2007-M1-198838 | MIDLAND CREDIT MGT | WENDT PAUL | 10/03/2007 |
| 2007-M1-198839 | MIDLAND CREDIT MGT | HUTTEN THOMAS M | 10/03/2007 |
| 2007-M1-198841 | MIDLAND CREDIT MGT | BELLA DARLENE | 10/03/2007 |
| 2007-M1-197847 | MIDLAND CREDIT MGT | BAILEY ANGIE | 10/02/2007 |
| 2007-M1-197869 | MIDLAND CREDIT MGT | PAREDES YOLANDA J | 10/02/2007 |
| 2007-M1-197887 | MIDLAND CREDIT MGT | CLARK GERDIE | 10/02/2007 |
| 2007-M1-198332 | MIDLAND CREDIT MGT | SUS CEZARY | 10/02/2007 |
| 2007-M1-198333 | MIDLAND CREDIT MGT | WILLIAMS PECOLA | 10/02/2007 |
| 2007-M1-198334 | MIDLAND CREDIT MGT | MCGHEE SAUL | 10/02/2007 |
| 2007-M1-198341 | MIDLAND CREDIT MGT | RODRIGUEZ NOEMI | 10/02/2007 |
| 2007-M1-198342 | MIDLAND CREDIT MGT | SHELTON ANTHONY | 10/02/2007 |
| 2007-M1-198343 | MIDLAND CREDIT MGT | WEST NICOLE | 10/02/2007 |
| 2007-M1-198344 | MIDLAND CREDIT MGT | HILL CHERYL | 10/02/2007 |
| 2007-M1-198346 | MIDLAND CREDIT MGT | WATTS TOMORRA | 10/02/2007 |
| 2007-M1-198347 | MIDLAND CREDIT MGT | HERCOG JUNE | 10/02/2007 |
| 2007-M1-198348 | MIDLAND CREDIT MGT | ROGERS ROBIN N | 10/02/2007 |
| 2007-M1-198350 | MIDLAND CREDIT MGT | NOWACKI JAMES H | 10/02/2007 |
| 2007-M1-198351 | MIDLAND CREDIT MGT | PHILHOUR DOROTHY I | 10/02/2007 |
| 2007-M1-195818 | MIDLAND CREDIT MAN | BIELEC STEPHEN J | 09/26/2007 |
| 2007-M1-195829 | MIDLAND CREDIT MAN | GADRI SHAW | 09/26/2007 |
| 2007-M1-195834 | MIDLAND CREDIT MAN | CORNEJO GUS | 09/26/2007 |
| 2007-M1-195842 | MIDLAND CREDIT MAN | WILLIAMS BILLY | 09/26/2007 |
| 2007-M1-195843 | MIDLAND CREDIT MAN | GORE RAYMOND M | 09/26/2007 |
| 2007-M1-195844 | MIDLAND CREDIT MAN | STRANGE PATRICIA | 09/26/2007 |
| 2007-M1-195845 | MIDLAND CREDIT MAN | BELL FALLON R | 09/26/2007 |
| 2007-M1-195846 | MIDLAND CREDIT MAN | JONES RICHARD D | 09/26/2007 |
| 2007-M1-195847 | MIDLAND CREDIT MAN | ROBLES FELIX E | 09/26/2007 |
| 2007-M1-195848 | MIDLAND CREDIT MAN | SCUCH JOSEPH A | 09/26/2007 |
| 2007-M1-195849 | MIDLAND CREDIT MAN | MANOLIS SOFIA | 09/26/2007 |
| 2007-M1-195850 | MIDLAND CREDIT MAN | ZEMAN CHARLES W | 09/26/2007 |
| 2007-M1-195851 | MIDLAND CREDIT MAN | MITCHELL ANDREW M | 09/26/2007 |
| 2007-M1-195852 | MIDLAND CREDIT MAN | FLORES GERONIMO | 09/26/2007 |
| 2007-M1-195853 | MIDLAND CREDIT MAN | DAVIS ZOLA M | 09/26/2007 |
| 2007-M1-195855 | MIDLAND CREDIT MAN | RICHMOND JAMES E | 09/26/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-196126 | MIDLAND CREDIT MAN | TEWELL WENDY A | 09/26/2007 |
| 2007-M1-196127 | MIDLAND CREDIT MAN | KINSEY DANGLEO L | 09/26/2007 |
| 2007-M1-196128 | MIDLAND CREDIT MAN | BERRY VINCENT L | 09/26/2007 |
| 2007-M1-196130 | MIDLAND CREDIT MAN | PARKER MAUREEN | 09/26/2007 |
| 2007-M1-196154 | MIDLAND CREDIT MAN | JENKINS LISA A | 09/26/2007 |
| 2007-M1-196156 | MIDLAND CREDIT MAN | RIZZO VINCENT J | 09/26/2007 |
| 2007-M1-196162 | MIDLAND CREDIT MAN | GRIEASHAMER KENNET | 09/26/2007 |
| 2007-M1-196164 | MIDLAND CREDIT MAN | WOODARD KIMBERLY N | 09/26/2007 |
| 2007-M1-196166 | MIDLAND CREDIT MAN | BOWMAN CALVIN D | 09/26/2007 |
| 2007-M1-196167 | MIDLAND CREDIT MAN | GORDON MONICA | 09/26/2007 |
| 2007-M1-196169 | MIDLAND CREDIT MAN | COOK PAUL | 09/26/2007 |
| 2007-M1-196171 | MIDLAND CREDIT MAN | MELZER COURTNEY A | 09/26/2007 |
| 2007-M1-196175 | MIDLAND CREDIT MAN | GRAY ANNETTE L | 09/26/2007 |
| 2007-M1-195204 | MIDLAND CREDIT MGT | KERR SHARON | 09/25/2007 |
| 2007-M1-195205 | MIDLAND CREDIT MGT | WALTER ELEANOR M | 09/25/2007 |
| 2007-M1-195207 | MIDLAND CREDIT MGT | CAMPBELL KENNETH | 09/25/2007 |
| 2007-M1-195208 | MIDLAND CREDIT MGT | GRANGER BOBBIE J | 09/25/2007 |
| 2007-M1-195209 | MIDLAND CREDIT MGT | BOWEN STEPHEN J | 09/25/2007 |
| 2007-M1-195212 | MIDLAND CREDIT MGT | FRIERSON ANDREW S | 09/25/2007 |
| 2007-M1-195214 | MIDLAND CREDIT MGT | WILLIAMSON AKINPEL | 09/25/2007 |
| 2007-M1-195215 | MIDLAND CREDIT MGT | GUNN DIANE J | 09/25/2007 |
| 2007-M1-195216 | MIDLAND CREDIT MGT | GALAN CASIMIRO | 09/25/2007 |
| 2007-M1-195217 | MIDLAND CREDIT MGT | SHEPARD ROBIN | 09/25/2007 |
| 2007-M1-195219 | MIDLAND CREDIT MGT | BENTON MAGQEENA G | 09/25/2007 |
| 2007-M1-195220 | MIDLAND CREDIT MGT | MARCHAN MARGARITA | 09/25/2007 |
| 2007-M1-195224 | MIDLAND CREDIT MGT | ISBY JETTIE M | 09/25/2007 |
| 2007-M1-195229 | MIDLAND CREDIT MGT | MCDONOUGH MARY E | 09/25/2007 |
| 2007-M1-188922 | MIDLAND CREDIT MGT | WILLIAMS ALISSA L | 09/07/2007 |
| 2007-M1-188950 | MIDLAND CREDIT MGT | SENEJAS JOSEPH | 09/07/2007 |
| 2007-M1-188951 | MIDLAND CREDIT MGT | CHAMBERS LOU M | 09/07/2007 |
| 2007-M1-188952 | MIDLAND CREDIT MGT | JOHNSON BERDA | 09/07/2007 |
| 2007-M1-188953 | MIDLAND CREDIT MGT | IRELAND RAYMOND L | 09/07/2007 |
| 2007-M1-188954 | MIDLAND CREDIT MGT | SHADD BETTY L | 09/07/2007 |
| 2007-M1-188955 | MIDLAND CREDIT MGT | SUCHARZEWSKI MARYA | 09/07/2007 |
| 2007-M1-188956 | MIDLAND CREDIT MGT | KNAPP MARION | 09/07/2007 |
| 2007-M1-186136 | MIDLAND CREDIT MGT | WATSON RONALD | 08/30/2007 |
| 2007-M1-186139 | MIDLAND CREDIT MGT | PAYTON PATRICIA S | 08/30/2007 |

| | | | |
|---|---|---|---|
| 2007-M1-186147 | MIDLAND CREDIT MGT | THOMAS JEANMARIE M | 08/30/2007 |
| 2007-M1-186148 | MIDLAND CREDIT MGT | THOMPSON BEATRICE | 08/30/2007 |
| 2007-M1-186149 | MIDLAND CREDIT MGT | ALCANTAR JOSE | 08/30/2007 |
| 2007-M1-186150 | MIDLAND CREDIT MGT | GRAYSON SHEILA M | 08/30/2007 |
| 2007-M1-186151 | MIDLAND CREDIT MGT | TRUJILLO CRUZ | 08/30/2007 |
| 2007-M1-186152 | MIDLAND CREDIT MGT | HODGES JERRY | 08/30/2007 |
| 2007-M1-186153 | MIDLAND CREDIT MGT | MATTHEWS PAT | 08/30/2007 |
| 2007-M1-186154 | MIDLAND CREDIT MGT | SOLIS ROBERTO | 08/30/2007 |
| 2007-M1-185653 | WORLDWIDE ASSET PU | MILLER FELICIA M | 08/29/2007 |
| 2007-M1-184985 | MIDLAND CREDIT MGT | CORBIN LINDA G | 08/28/2007 |
| 2007-M1-184694 | MIDLAND CREDIT MGT | PALMER SULLIE E | 08/27/2007 |
| 2007-M1-184753 | MIDLAND CREDIT MGT | QUIZHPI MELIDA | 08/27/2007 |
| 2007-M1-184755 | MIDLAND CREDIT MGT | DAWSON MONIQUE L | 08/27/2007 |
| 2007-M1-184768 | MIDLAND CREDIT MGT | EDWARDS RONNIS L | 08/27/2007 |
| 2007-M1-183995 | MIDLAND CREDIT MGT | JACKSON HEIDI | 08/24/2007 |
| 2007-M1-183996 | MIDLAND CREDIT MGT | GALVAN JOSEFINA | 08/24/2007 |
| 2007-M1-183997 | MIDLAND CREDIT MGT | SEQURA OMAR | 08/24/2007 |
| 2007-M1-184005 | MIDLAND CREDIT MGT | KANNENBERG DONALD | 08/24/2007 |
| 2007-M1-184006 | MIDLAND CREDIT MGT | WALDREN THERESA M | 08/24/2007 |
| 2007-M1-184012 | MIDLAND CREDIT MGT | GUERRERO LOURDES J | 08/24/2007 |
| 2007-M1-184016 | MIDLAND CREDIT MGT | BIANGARDI KIMBERLY | 08/24/2007 |
| 2007-M1-184005 | MIDLAND CREDIT MGT | KANNENBERG DONALD | 08/24/2007 |
| 2007-M1-183698 | MIDLAND CREDIT MAN | NUNEZ MYRIAM L | 08/22/2007 |
| 2007-M1-183699 | MIDLAND CREDIT MAN | CORCORAN MARY A | 08/22/2007 |
| 2007-M1-183700 | MIDLAND CREDIT MAN | GARNER RONDALL L | 08/22/2007 |
| 2007-M1-183701 | MIDLAND CREDIT MAN | NORRIS BRAD | 08/22/2007 |
| 2007-M1-183710 | MIDLAND CREDIT MAN | JONES TAMIKA S | 08/22/2007 |
| 2007-M1-183711 | MIDLAND CREDIT MAN | BENDER RUFUS | 08/22/2007 |
| 2007-M1-183712 | MIDLAND CREDIT MAN | JOHNSON JEWEL HERR | 08/22/2007 |
| 2007-M1-183719 | MIDLAND CREDIT MAN | KING CONSTANCE R | 08/22/2007 |
| 2007-M1-182879 | MIDLAND CREDIT MGT | TRIGG ROBEERT J | 08/21/2007 |
| 2007-M1-182881 | MIDLAND CREDIT MGT | DAVIS JANIE | 08/21/2007 |
| 2007-M1-182894 | MIDLAND CREDIT MGT | WASHINGTON LESLIE | 08/21/2007 |
| 2007-M1-182895 | MIDLAND CREDIT MGT | REYNOLDS LORETTA | 08/21/2007 |
| 2007-M1-182898 | MIDLAND CREDIT MGT | GUEORGUIFV GUEORGU | 08/21/2007 |
| 2007-M1-182900 | MIDLAND CREDIT MGT | DIXON LISA | 08/21/2007 |
| 2007-M1-182903 | MIDLAND CREDIT MGT | KAZMI SADIA | 08/21/2007 |