# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Winona Jackson

          Plaintiff,

v.                 Case No.: 1:08−cv−00762
                Honorable Ronald A. Guzman

MRC Receivables Corporation, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

  MINUTE entry before Judge Ronald A. Guzman :Motion hearing held on 2/21/2008 regarding motion by Plaintiff Winona Jackson to certify class (Preliminary) [10]. Status hearing set for 4/4/08 to stand. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.