AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ALIAS SUMMONS IN A CIVIL CASE

WINONA JACKSON, on behalf of plaintiff and a class,

CASE NUMBER: 08 C 762

V.

ASSIGNED JUDGE: Guzman

MRC RECEIVABLES CORPORATION;
MIDLAND CREDIT MANAGEMENT, INC.; and
ENCORE CAPITAL GROUP, INC., Defendants.

DESIGNATED
MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

MIDLAND CREDIT MANAGEMENT, INC.
c/o Illinois Corporation Service Co.
801 Adlai Stevenson Drive
Springfield, IL 62703

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

February 6, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 2/11/08 |
| NAME OF SERVER (PRINT) Susan L. Oney | TITLE Process Server, P.I. |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Reg. Agent: IL. Corp. Service Co. 801 Adlai Stevenson Dr. Spfld., IL. 62703

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/11/08           /s/ Susan L. Oney
              Date              Signature of Server

                                1022 S. Second St.
                                Spfld., IL. 62704
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.