**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| EDELMAN, COMBS, LATTURNER & GOODWIN LLC<br>120 S. LASALLE ST. 18TH FLOOR CHICAGO, IL 60603<br>TELEPHONE NO.: **(312) 739-4200**   FAX NO.*(Optional):* **(312) 419-0379**<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

PLAINTIFF/PETITIONER: **WINONA JACKSON, ON BEHALF OF PLAINTIFF AND CLASS**
DEFENDANT/RESPONDENT: **MCR RECEIVABLES CORPORATION; MIDLAND CREDIT MANAGEMENT, INC.; ENCORE CAP**

CASE NUMBER: 08-C-762

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents):*
3. a. Party served *(specify name of party as shown on documents served):*
   **ENCORE CAPITAL GROUP, INC.**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*
   **TANYA FLORES, AUTHORIZED TO ACCEPT**

4. Address where the party was served: **8875 AERO DR. 200 SAN DIEGO, CA 92123**

5. I served the party *(check proper box)*
   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **02/14/2008**   (2) at *(time):* **10:10 am**
   b. [ ] **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*   **or** [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2
Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/SD108640

| PETITIONER: WINONA JACKSON, ON BEHALF OF PLAINTIFF AND CLASS | CASE NUMBER: |
|---|---|
| RESPONDENT: MCR RECEIVABLES CORPORATION; MIDLAND CREDIT MANAGEMENT, INC.; ENCORE CAPITAL GROUP, INC., DEFENDANT | 08 C 762 |

   c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1) on *(date)*:                    (2) from *(city)*:

      (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

      (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

      ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*: **ENCORE CAPITAL GROUP, INC.**
      under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)       ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                ☐ 415.46 (occupant)
                                                          ☐ other:

7. **Person who served papers**
   a. Name: **Kenneth Robert Maskil, Jr. - Janney & Janney Attorney Service, Inc.**
   b. Address: **4891 Pacific Highway. Ste. 102  San Diego, CA 92110**
   c. Telephone number: **(213) 628-6338**
   d. **The fee** for service was: **$ 30.00**
   e. I am:

      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒ registered California process server:
          (i) ☐ owner    ☐ employee    ☒ independent contractor.
          (ii) Registration No.: **1097**
          (iii) County: **San Diego**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **02/14/2008**

Janney & Janney Attorney Service, Inc.
4891 Pacific Highway. Ste. 102
San Diego, CA 92110
(213) 628-6338

      **Kenneth Robert Maskil, Jr.**                ▶ */s/ Kenneth Maskil*
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)