AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALIAS SUMMONS IN A CIVIL CASE

WINONA JACKSON, on behalf of plaintiff and a class,

V.

MRC RECEIVABLES CORPORATION; MIDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC., Defendants.

CASE NUMBER: 08 C 762

ASSIGNED JUDGE: Guzman

DESIGNATED MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

MRC RECEIVABLES CORPORATION
c/o Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

February 6, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | 2/13/08 at 2:30 p.m. |
| NAME OF SERVER (PRINT) Daniel Newcomb | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on MRC Receivables Corporation was effectuated by serving Mary Drumond, Managing Agent duly authorized to accept service. Service was made at Corporation Service Company, 2711 Centerville Rd. # 400, Wilmington, DE 19808.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/14/08
Date

Signature of Server
DELAWARE ATTORNEY SERVICES
2000 Pennsylvania Avenue, Suite 207
Wilmington, DE 19806 (302) 429-0657

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.