**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WINONA JACKSON,<br>on behalf of plaintiff and a class,<br><br>        Plaintiff,<br><br>    v.<br><br>MRC RECEIVABLES CORPORATION;<br>MIDLAND CREDIT MANAGEMENT, INC.;<br>and ENCORE CAPITAL GROUP, INC.,<br><br>        Defendants. | No. 08 C 762<br><br>Judge Guzman<br>Magistrate Judge Mason |

**NOTICE OF AGREED MOTION**

**TO:**  Daniel A. Edelman
     Cathleen M. Combs
     James O. Latturner
     Cassandra P. Miller
     EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
     120 South LaSalle Street, 18th Floor
     Chicago, Illinois  60603

    **PLEASE TAKE NOTICE** that on **Tuesday, March 4, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable Ronald A. Guzman** or any judge sitting in his stead in **Room 1219**, of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the **Agreed Motion for Enlargement of Time to Respond to Plaintiff's Class Action Complaint**, a copy of which is attached hereto.

Dated:  February 29, 2008

**MRC RECEIVABLES CORPORATION
MIDLAND CREDIT MANAGEMENT, INC.,
and ENCORE CAPITAL GROUP, INC.**

By: s/ Renee L. Zipprich
    Richard E. Gottlieb (rgottlieb@dykema.com)
    James W. McConkey (jmcconkey@dykema.com)
    Theodore W. Seitz (tseitz@dykema.com)
    Renee L. Zipprich (rzipprich@dykema.com)
    DYKEMA GOSSETT PLLC
    10 S. Wacker Drive, Suite 2300
    Chicago, Illinois 60606
    Phone: 312-876-1700
    Fax:    312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on **February 29, 2008,** I electronically filed the foregoing **Notice of Agreed Motion for Enlargement of Time to Respond to Plaintiff's Complaint** with the Clerk of the Court using the ECF system, which sent notification to the following:

Daniel A. Edelman (courtecl@edcombs.com)
Cathleen M. Combs (ccombs@edcombs.com)
James O. Latturner (jlatturner@edcombs.com)
Cassandra P. Miller (cmiller@edcombs.com)

s/ Irina V. Frye

CHICAGO\2427144.1
ID\IVF

2