**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WINONA JACKSON,<br>on behalf of plaintiff and a class,<br><br>       Plaintiff,<br><br>v.<br><br>MRC RECEIVABLES CORPORATION;<br>MIDLAND CREDIT MANAGEMENT, INC.;<br>and ENCORE CAPITAL GROUP, INC.,<br><br>       Defendants. | No. 08 C 762<br><br>Judge Guzman<br>Magistrate Judge Mason |

### FEDERAL RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule LR3.2 of the Local General Rules, defendants state as follows:

1. MRC Receivables Corporation is a wholly owned subsidiary of Encore Capital Group, Inc., which is a publicly held corporation.

2. Midland Credit Management, Inc. is a wholly owned subsidiary of Encore Capital Group, Inc., which is a publicly held corporation.

3. Encore Capital Group, Inc. has no parent corporations.

Dated: February 29, 2008

Respectfully submitted,

**MRC RECEIVABLES CORPORATION
MIDLAND CREDIT MANAGEMENT, INC.,
and ENCORE CAPITAL GROUP, INC.**

By: s/ Renee L. Zipprich
Richard E. Gottlieb (rgottlieb@dykema.com)
James W. McConkey (jmcconkey@dykema.com)
Theodore W. Seitz (tseitz@dykema.com*)*
Renee L. Zipprich (rzipprich@dykema.com)
DYKEMA GOSSETT PLLC
10 S. Wacker Drive, Suite 2300
Chicago, Illinois 60606
Phone: 312-876-1700
Fax:    312-627-2302

## **CERTIFICATE OF SERVICE**

I hereby certify that on **February 29, 2008,** I electronically filed the foregoing **Federal Rule 7.1 and Local Rule 3.2 Disclosure Statement** with the Clerk of the Court using the ECF system, which sent notification to the following:

> Daniel A. Edelman (courtecl@edcombs.com)
> Cathleen M. Combs (ccombs@edcombs.com)
> James O. Latturner (jlatturner@edcombs.com)
> Cassandra P. Miller (cmiller@edcombs.com)

s/ Irina V. Frye

CHICAGO\2427125.1
ID\IVF