UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Winona Jackson
                                            Plaintiff,
v.                                          Case No.: 1:08−cv−00762
                                            Honorable Ronald A. Guzman
MRC Receivables Corporation, et al.
                                            Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, March 3, 2008:

    MINUTE entry before Judge Ronald A. Guzman :Motion by Defendants MRC Receivables Corporation, Midland Credit Managment Inc, Enconre Capital Group Inc for extension of time to file answer regarding complaint[1] (AGREED) [22] is granted to and including 4/2/08. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.