# United States District Court
# Northern District of Illinois

In the Matter of

Winona Jackson

v.

MRC Receivables Corporation, et al.

Case No. 08 C 762

Designated Magistrate Judge
Michael T. Mason

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Ronald A. Guzman** to be related to **08 C 760** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Ruben Castillo

Dated: March 26, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Ruben Castillo**.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: MAR 2 7 2008

Finding of Relatedness (Rev. 9/99)