# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 762 | **DATE** | 3/31/2008 |
| **CASE TITLE** | Winona Jackson vs. MRC Receivables Corp., et al. | | |

**DOCKET ENTRY TEXT**

As agreed by the parties in open court on 3/26/2008, this recently related and consolidated case is dismissed without prejudice to the assertion of all claims in an amended complaint to be filed in related, consolidated case No. 08 C 760.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|